## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**COMPASS GROUP USA, INC.**<br>**2400 Yorkmont Road**<br>**Charlotte, NC  28217**<br><br>**And**<br><br>**RESTAURANT ASSOCIATES, INC.**<br>**120 West 45th Street**<br>**New York, NY  10036**<br><br>　　　　**Defendants.** | **Civil Action No. _____**<br><br><br>**Removed from:**<br><br>**Superior Court of the District of Columbia** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Compass Group USA, Inc. ("Compass") and Defendant Restaurant Associates, Inc. ("RA") file this Notice of Removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.  The grounds for removal are as follows:

1.　　　　On December 27, 2005, Plaintiff Rami Elhusseini ("Mr. Elhuseini") filed a Complaint in the Superior Court of the District of Columbia.

2.　　　　On December 30, 2005, Compass was served with Mr. Elhusseini's Complaint in the Superior Court of the District of Columbia.  True and correct copies of the Complaint, the Summons, and the Initial Order served on Compass are attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a).

3.    On December 30, 2005, RA was served with Mr. Elhusseini's Complaint in the Superior Court of the District of Columbia.    True and correct copies of the Complaint, the Summons, and the Initial Order served on RA are attached hereto as Exhibit 2, as required by 28 U.S.C. § 1446(a).

4.    The two Complaints, Summonses, and Initial Orders constitute all process, pleadings and orders served in this action as of this date.

5.    Mr. Elhusseini is the sole identified Plaintiff in this action.

6.    Upon information and belief, at the time this action was commenced and at all relevant times thereafter to the present, Mr. Elhusseini has been a resident of the District of Columbia, and his residence is currently located in the District of Columbia.

7.    Compass is incorporated under the laws of the State of Delaware, and its principal place of business is in North Carolina.

8.    RA is incorporated under the laws of the State of New York, and its principal place of business is in New York.

9.    The amount in controversy exceeds $75,000, as Mr. Elhusseini seeks damages in the amount of $900,000. *See* Exhibit 1, Complaint "Wherefore" Paragraph.

10.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that the parties are of diverse citizenship and the matter in controversy exceeds $75,000, exclusive of interest and costs.

11.    Therefore, this case may be removed to this Court by Compass and RA pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

12.    This Court is the district court of the United States for the district and division embracing the place where this action is currently pending.

2

13.    This Notice of Removal is filed with this Court within 30 days after Mr. Elhusseini filed and served his Complaint.

14.    Attached hereto as Exhibit 3 is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the District of Columbia Superior Court Clerk, as required by 28 U.S.C. § 1446(d).

15.    Attached hereto as Exhibit 4 is a copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Mr. Elhusseini in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc. respectfully request that the Clerk note that this action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and that all proceedings hereafter shall take place in the United States District Court for the District of Columbia.

Dated: January 19, 2006                    Respectfully submitted,

                                           LITTLER MENDELSON, P.C.


                                    By:    _Katherine A. Goetzl_____
                                           Paul J. Kennedy (D.C. Bar No. 428623)
                                           Katherine A. Goetzl (D.C. Bar No. 457660)
                                           1150 17th Street N.W., Suite 900
                                           Washington, DC 20036
                                           202.842.3400 telephone
                                           202.842.0011 facsimile

                                           Counsel for Defendant Compass Group USA, Inc.
                                           and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Notice of Removal was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC  20009
>
> Plaintiff pro se

I further certify that, pursuant to 28 U.S.C. § 1446(d), on January 19, 2006, a copy of the foregoing Notice of Removal was served by hand delivery upon the following:

> Duane B. Delaney
> Clerk of the Court
> D.C. Superior Court
> 500 Indiana Avenue, NW
> Washington, DC  20001

Katherine A. Goetzl

# EXHIBIT 1

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

RAMI ELHUSSEINI

*Plaintiff*

05-0009765

Civil Action No. _____

vs.

COMPON GROUP USA
c/o JOE NACHICOTE — *Defendant*
2400 YORKMONT RD
CHARLOTTE NC 28217

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

RAMI ELHUSSEINI
Name of Plaintiff's Attorney

2517 not R1 pl NW apt 03        By _____
Address                                         Deputy Clerk
WASHINGTON DC 20007

707-588-5386                    Date  DEC 27 2005
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RAMI ELHOSSEINI
2517 MOZART PL. NW APT 103
WASHINGTON DC 2000
*Plaintiff*

*vs.*

RECEIVED
Civil Clerk's Office

DEC 27 2005

Superior Court of the
District of Columbia
Washington, DC

05-0009765

CIVIL ACTION NO. _____

COMPASS GROUP USA INC
2400 YORKMONT Rd.
Charlotte, NC 28217
*Defendants*

c/o JOE MACHICOTE

RESTAURANT ASSOCIATES
330 5TH AVENUE NY
NY 10001
c/o ROBIN Cerrati

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

Compass: discriminatory policy, shall arbitration for RESTAURANT ASSOCIATES, FAILURE TO AMEND policy RESTAURANT ASS; Deceit, irreparable academic Damage, (required dropping school), personal injury severe depression)

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ RA: 450.000,00 with interest and costs. compass $ 450.000,00

total $ 9.00.000,00    702-588-5386
Phone:

DISTRICT OF COLUMBIA, SS

RAMI ELHOSSEINI _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

12/27/0

_____
(Plaintiff    Agent)

Subscribed and sworn to before me this _____ day of _____ 20 ____

_____
(Notary Public/Deputy Clerk)

FORM CV-1015/Nov. 00



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAMI I ELHUSSEINI
   Vs.

COMPASS GROUP USA INC.

C.A. No.    2005 CA 009765 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MAURICE ROSS
Date:  December 27, 2005
Initial Conference: 9:45 am, Friday, April 14, 2006
Location:  Courtroom B-52
        409 E Street, NW
        WASHINGTON, DC 20001

Caio.doc

# EXHIBIT 2

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

RAMI ELHUSSEINI

*Plaintiff*

05-0009765

vs.

Civil Action No. _____

ESTAURANT ASSOCIOTE
30 5th ave. NY, NY 10001
/o ROBIN CERRATI        **SUMMONS**

*Defendant*

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

RAMI ELHUSSEINI
Name of Plaintiff's Attorney

2517 MOZART PL NW AP 103
Address

WASHINGTON 20009

202-588-5386
Telephone

By _____
Deputy Clerk

Date  DEC 27 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

.MI ELHUSSEINI
+ MOZART a. NW APT 103    *Plaintiff*
SHINGTON DC 20009
      *vs.*

05-0009765

CIVIL ACTION No. _____

ompass group USA, INC
400 YORKMONT Rd.
harlotte, NC 28217    *Defendants*
5 JOE MACHICOTE

RESTAURANT Associates
330 5th Avenue NY
NY 10001
c/o ROBIN Cenati

**COMPLAINT**

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

ompass discriminatory policy, shall prohibition for
RESTAURANT Associates, FAILURE TO AMEND polic
.STAURANT ASS; Deceit, Imeparable academic
Damage, (required dropping school), person injury
severe depression)    RA 450.000,0

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 450.000,00
with interest and costs.    compen $ 450.000,00

total $ 9.00.000,00    202-588-5386
                                                 Phone:

DISTRICT OF COLUMBIA, ss

RAMI ELHUSSEINI _____ being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-offs and just grounds of defense.

12/27/

_____
(Plaintiff                                        Agent)

DEC 27 2005

Subscribed and sworn to before me this _____ day of _____, 20___

_____
(Notary Public/Deputy Clerk)



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAMI I ELHUSSEINI
Vs.
COMPASS GROUP USA INC.

C.A. No.        2005 CA 009765 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MAURICE ROSS
Date:  December 27, 2005
Initial Conference: 9:45 am, Friday, April 14, 2006
Location:    Courtroom B-52
            409 E Street, NW
            WASHINGTON, DC  20001

# EXHIBIT 3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**COMPASS GROUP USA, INC.**<br>**2400 Yorkmont Road**<br>**Charlotte, NC  28217**<br><br>**And**<br><br>**RESTAURANT ASSOCIATES, INC.**<br>**120 West 45th Street**<br>**New York, NY  10036**<br><br>       **Defendants.** | **Civil Action No. 05-009765**<br>**Judge Maurice Ross** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on this date, Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc. are filing with the United States District Court for the District of Columbia their Notice of Removal, a copy of which is attached to this Notice of Filing.

Dated:  January 19, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400  telephone
202.842.0011  facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Notice of Filing of Notice of Removal was served by first class mail, postage prepaid, upon the following:

Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se

_____
Katherine A. Goetzl

# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RAMI ELHUSSEINI**

      **Plaintiff,**

      **v.**

**COMPASS GROUP USA, INC.**
**2400 Yorkmont Road**
**Charlotte, NC 28217**

**And**

**RESTAURANT ASSOCIATES, INC.**
**120 West 45th Street**
**New York, NY 10036**

      **Defendants.**

**Civil Action No. _____**


**Removed from:**

**Superior Court of the District of Columbia**

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO:    Rami Elhusseini
        2517 Mozart Place, NW
        Apt. 103
        Washington, DC 20009

        Plaintiff pro se

Pursuant to 28 U.S.C. §1446(d), this constitutes notice that Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc. have this day filed the attached Notice of Removal in the United States District Court for the District of Columbia, with a copy to the Superior Court of the District of Columbia, thereby effecting removal of this matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: January 19, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.


By: _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 telephone
202.842.0011 facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Notice to Plaintiff of

Filing of Notice of Removal was served by first class mail, postage prepaid, upon the following:

Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se


Katherine A. Goetzl

3