# EXHIBIT 2

Case 1:06-cv-00100-RBW    Document 1-3    Filed 01/19/2006    Page 1 of 4

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

AMI ELHUSSEINI
_Plaintiff_

05-0009765

Civil Action No. _____

vs.

ESTAURANT ASSOCIATES
_Defendant_
10 5th ave. NY, NY 10001

3 ROBIN CERRATI

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

RAMI ELHUSSEINI
Name of Plaintiff's Attorney

2517 MOZART PL NW AP 103
Address

WASHINGTON 20009

202-580-5386
Telephone

By _____
Deputy Clerk

Date DEC 27 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

TJ ELHUSSEINI
MCCART PL NW APT 103  **Plaintiff**
WASHINGTON DC 20009
vs.

05-0009765
Civil Action No.

MPOOS GROUP USA, INC
100 YORKMONT RD.
CHARLOTTE, NC 28217  **Defendants**

RESTAURANT Associates
330 5th Avenue NY
NY 10001
c/o ROBIN Cerrati

JOE MACHICOTE

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

MPOOS: discriminatory policy, ishull retaliation for RESTAURANT Associates, FAILURE to AMEND policy ESTAURNT ASS; Deceit, imeparable academic Damage, (required dropping school), personal injury, severe depression)     RA: 450,000.00
                                                                                          COMPAN: $450,000.00

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____
with interest and costs.        Total $ 9,00,000.00

702-588-5386
Phone:

DISTRICT OF COLUMBIA, ss

RAMI ELHUSSEINI , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

12/27

(Plaintiff/Agent)

DEC 27 2005

Subscribed and sworn to before me this _____ day of _____ 20__

(Notary Public/Deputy Clerk)



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAMI I ELHUSSEINI
Vs.
COMPASS GROUP USA INC.

C.A. No.   2005 CA 009765 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MAURICE ROSS
Date: December 27, 2005
Initial Conference: 9:45 am, Friday, April 14, 2006
Location: Courtroom B-52
          409 E Street, NW
          WASHINGTON, DC 20001