# EXHIBIT 3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>  Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.<br>2400 Yorkmont Road<br>Charlotte, NC  28217<br><br>And<br><br>RESTAURANT ASSOCIATES, INC.<br>120 West 45th Street<br>New York, NY  10036<br><br>  Defendants. | Civil Action No. 05-009765<br>Judge Maurice Ross |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on this date, Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc. are filing with the United States District Court for the District of Columbia their Notice of Removal, a copy of which is attached to this Notice of Filing.

Dated: January 19, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 telephone
202.842.0011 facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Notice of Filing of Notice of Removal was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC 20009
>
> Plaintiff pro se

_____
Katherine A. Goetzl