# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.<br>2400 Yorkmont Road<br>Charlotte, NC  28217<br><br>And<br><br>RESTAURANT ASSOCIATES, INC.<br>120 West 45th Street<br>New York, NY  10036<br><br>Defendants. | Civil Action No. _____<br><br>Removed from:<br><br>Superior Court of the District of Columbia |

### NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO:   Rami Elhusseini
      2517 Mozart Place, NW
      Apt. 103
      Washington, DC  20009

      Plaintiff pro se

Pursuant to 28 U.S.C. §1446(d), this constitutes notice that Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc. have this day filed the attached Notice of Removal in the United States District Court for the District of Columbia, with a copy to the Superior Court of the District of Columbia, thereby effecting removal of this matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: January 19, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400  telephone
202.842.0011  facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Notice to Plaintiff of Filing of Notice of Removal was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC 20009
>
> Plaintiff pro se

*[signature]*
Katherine A. Goetzl

3