UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMPASS GROUP USA, INC.<br>2400 Yorkmont Road<br>Charlotte, NC  28217<br><br>And<br><br>RESTAURANT ASSOCIATES, INC.<br>120 West 45th Street<br>New York, NY  10036<br><br>　　　Defendants. | Civil Action No. _____<br><br><br>Removed from:<br><br>Superior Court of the District of Columbia |

## CORPORATE DISCLOSURE STATEMENT

Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc., by counsel, submit the following certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for Compass Group USA, Inc. and Restaurant Associates, Inc. certify, that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Compass Group USA, Inc. or Restaurant Associates, Inc. which may have outstanding securities in the hands of the public:

　　Compass Group PLC

　　These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  January 19, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  _____
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400  telephone
202.842.0011  facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2006, a copy of the foregoing Corporate Disclosure Statement was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC 20009
>
>Plaintiff pro se

_____
Katherine A. Goetzl