UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMI ELHUSSEINI

       Plaintiff,

       v.

COMPASS GROUP USA, INC., et al.

       Defendants.

**Case No. 1:06-cv-00100-RBW**
**FILED VIA ECF**

**DEFENDANTS' UNOPPOSED MOTION FOR MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(e), Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby move the Court for an Order directing Plaintiff Rami Elhusseini to file a more definite statement of his claim.

**Statement of Points and Authorities**

Federal Rule of Civil Procedure 12(e) permits a party to move for a more definite statement before responding, if the pleading is so vague or ambiguous that the party cannot reasonably be required to frame a responsive pleading. Fed. R. Civ. P. 12(e). This is such a case. On December 27, 2005, Plaintiff filed a Complaint in the Superior Court of the District of Columbia, which consists of two sentence fragments and is practically illegible. A copy of Plaintiff's Complaint is attached hereto as Exhibit 1. Plaintiff's Complaint does not state what law he believes was violated, what act he believes was discriminatory, or to what type of discrimination he believes he was subjected. Defendants cannot reasonably be required to respond to Plaintiff's Complaint.

## Statement of Compliance with Local Civil Rule 7(m)

Pursuant to Local Civil Rule 7(m), counsel for Defendants contacted Plaintiff by telephone to ascertain whether he opposes the relief sought in this Motion. Plaintiff stated that he does not oppose the relief sought in this Motion.

## Conclusion

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant this Motion and order Plaintiff to file a more definite statement of his claim.

Dated: January 26, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:    /s/ Katherine A. Goetzl
       Paul J. Kennedy (D.C. Bar No. 428623)
       Katherine A. Goetzl (D.C. Bar No. 457660)
       1150 17th Street N.W., Suite 900
       Washington, DC  20036
       202.842.3400  telephone
       202.842.0011  facsimile

       Counsel for Defendant Compass Group USA, Inc.
       and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2006, a copy of the foregoing Defendants' Unopposed Motion for More Definite Statement was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC  20009
>
> Plaintiff pro se


/s/ Katherine A. Goetzl
Katherine A. Goetzl

3