# EXHIBIT 1

Case 1:06-cv-00100-RBW    Document 3-2    Filed 01/26/2006    Page 1 of 2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

\[RA\]MI ELHUSSEINI
\[??\] HOBART PL NW APT 103   *Plaintiff*
\[WA\]SHINGTON DC 20009

vs.

\[S\]IMPSON GROUP USA, INC
400 YORKMONT RD.
Charlotte, NC 28217   *Defendants*

C/O JOE MACHICOTE

**05-0009765**
Civil Action No. ____

RESTAURANT ASSOCIATES
330 5th AVENUE NY
NY 10001
C/O ROBIN CERRATI

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

Simpson: discriminatory policy, retaliation for Restaurant Associates, failure to amend policy, Restaurant Ass: Deceit, irreparable academic damage, (required dropping school), personal injury, severe depression)

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ RA: 450,000
with interest and costs.   Simpson: $ 450,000
Total $ 9,00,000.00   202-588-5386
Phone:

DISTRICT OF COLUMBIA, ss

RAMI ELHUSSEINI, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

12/27

(Plaintiff)       Agent

DEC 27 2005

Subscribed and sworn to before me this _____ day of _____ 20__

(Notary Public/Deputy Clerk)