UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., <u>et al.</u>**<br><br>**Defendants.** | **Case No. 1:06-cv-00100-RBW**<br>**FILED VIA ECF** |

## <u>ORDER</u>

Upon consideration of Defendants' Unopposed Motion for More Definite Statement, and the entire record, it is hereby:

ORDERED that Defendants' Unopposed Motion for More Definite Statement is GRANTED; and

ORDERED that Plaintiff shall file a more definite statement of his claim on or before

_____; and

ORDERED that copies of this Order shall be mailed to all counsel of record and Plaintiff.

Dated: _____        _____
                                                    Reggie B. Walton
                                                    United States District Judge

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street N.W., Suite 900
Washington, DC  20036

Counsel for Defendant Compass Group USA, Inc.
  and Defendant Restaurant Associates, Inc.


Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2006, a copy of the foregoing proposed Order was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC  20009
>
> Plaintiff pro se

/s/ Katherine A. Goetzl
Katherine A. Goetzl