# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., et al.**<br><br>**Defendants.** | **Case No. 1:06-cv-00100-RBW**<br>**FILED VIA ECF** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, Paul J. Kennedy, attorney with Littler Mendelson, P.C., hereby notices his appearance as counsel for Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. in the above-captioned matter.

Dated: February 3, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Katherine A. Goetzl
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400  telephone
202.842.0011  facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 3, 2006, a copy of the foregoing Notice of Appearance was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se


>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:80794872.1 024778.1145

Case 1:06-cv-00100-RBW   Document 4   Filed 02/03/2006   Page 3 of 3