UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMI ELHUSSEINI

Plaintiff,

v.

COMPASS GROUP USA, INC., et al.

Defendants.

Case No. 1:06-cv-00100-RBW
FILED VIA ECF

### DEFENDANTS' MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 12(f), Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby move the Court for an Order striking Plaintiff's Reply to Defendants' Affirmative Defenses.

### Statement of Points and Authorities

On January 27, 2006, the Court granted Defendants' Unopposed Motion for More Definite Statement. On January 31, 2006, Plaintiff filed a three-page document entitled "Plaintiff's Elaborate Statement." On February 16, 2006, Defendants filed their Answer and Affirmative Defenses to Plaintiff's Elaborate Statement. On February 22, 2006, Plaintiff filed a twelve-page document entitled "Plaintiff's Reply to Defendants' Affirmative Defenses."

Plaintiff's Reply to Defendants' Affirmative Defenses ("Plaintiff's Reply") should be stricken for two reasons. First, neither the Federal Rules of Civil Procedure nor the Local Rules of this Court permits Plaintiff to file a reply to Defendants' Answer in the absence of an Order to do so. Fed. R. Civ. P. 7(a). Second, Plaintiff's Reply contains immaterial, impertinent, and

scandalous matters, which should be stricken from the record. Fed. R. Civ. P. 12(f); see, e.g., Plaintiff's Reply, ¶¶ d, g, n.

### Statement of Compliance with Local Civil Rule 7(m)

Pursuant to Local Civil Rule 7(m), counsel for Defendants contacted Plaintiff by telephone to ascertain whether he opposes the relief sought in this Motion. Plaintiff stated that he does oppose the relief sought in this Motion.

### Conclusion

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant this Motion and strike Plaintiff's Reply to Defendants' Affirmative Defenses from the record.

Dated: March 9, 2006                     Respectfully submitted,

                                         LITTLER MENDELSON, P.C.


                                    By:  /s/ Katherine A. Goetzl
                                         Paul J. Kennedy (D.C. Bar No. 428623)
                                         Katherine A. Goetzl (D.C. Bar No. 457660)
                                         1150 17th Street N.W., Suite 900
                                         Washington, DC  20036
                                         202.842.3400  telephone
                                         202.842.0011  facsimile

                                         Counsel for Defendant Compass Group USA, Inc.
                                         and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2006, a copy of the foregoing Defendants' Motion to Strike was served by first class mail, postage prepaid, upon the following:

Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se

/s/ Katherine A. Goetzl
Katherine A. Goetzl