UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

Rami Elhusseini

Plaintiff,

V.

Compass Group, INC
Restaurant Associates

Defendants

Civil Action No: 06- 0100 -RBW

## PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO STRIKE

I hereby respectfully present my reply to Defendants' motion to strike Plaintiff's reply to Defendants' Affirmative Defenses

I had conferred with Counsel Goetzel by telephone about her decision to file for a motion to strike Plaintiff's reply on the grounds that it was not ordered by the court and because it contained immaterial impertinent and scandalous material.

I contacted Counsel Goetzel by telephone after receiving a copy of her request and suggested she dismisses her motion to strike– leaving a message on her personal answering machine- because the reply to the Affirmative Defenses is warranted, the Affirmative Defenses having stated some counterclaims: e.g. P. 5 Defense requests dismissal of Elaborate Statement with prejudice and P. 6 paragraph 3, that Defendants recover costs and expenses and Paragraph 4, request that Court grants further relief.

RECEIVED
MAR 16 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Therein Defense's argument based on Rule 7(a) misses its grounding since Defense's counterclaim warrants an answer according to the same Rule 7 (a) of the Federal Rules of Civil Procedure.

As for the Defense's request to strike Elaborate Statement for containing Immaterial Scandalous and Impertinent Material; I respectfully move the court to admit the reply to Defense's Affirmative Defenses for the incidents and contexts described in the mentioned statement are essential to establish truth of claim and they report real events without bias, exaggeration or omission and for the tentative to present clear and convincing evidence as well as for the inability of Defense to controvert argument in Reply to Affirmative Defenses. e. g. "USA v. W. Benson, Benson's motion to have facts deemed admitted, Defendant William Benson asked the Court of Hon. J. Filip to strike Plaintiff's motion to strike Defendant's statement as Immaterial Impertinent and Scandalous since it establishes truth of claim and because of failure to sufficiently state defense to Benson's argument" (United States District Court Northern District of Illinois Eastern Division USA v. W. Benson Case 04-C-7403)

Respectfully Submitted
Rami Elhusseini Pro Se   *[signature]*
2517 Mozart Place NW
Apt # 103,
Wash. DC 20009-5637

## CERTIFICATE OF SERVICE

I hereby certify that on January 31st 2006 a copy of the foregoing motion was served by certified mail upon the following:

Littler Mendelson, P.C.

C\O Katherine Goetzl

1150 17th St. NW, Suite 900

Washington DC 20036

Rami Elhusseini
Pro Se