UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

### DEFENDANTS' REPLY TO PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO STRIKE

Pursuant to Local Civil Rule 7(d), Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby file this Reply to Plaintiff's Reply to Defendants' Motion to Strike.

Defendants moved to strike Plaintiff's Reply to Defendants' Affirmative Defenses because it is not permitted by the Federal Rules of Civil Procedure or the Local Rules of this Court, and because it contains immaterial, impertinent, and scandalous matters. Plaintiff argues that his Reply to Defendants' Affirmative Defenses is warranted because Defendants have filed counterclaims. Plaintiff is mistaken because Defendants have not filed any counterclaims against him. Therefore, Plaintiff's Reply to Defendants' Affirmative Defenses is not permitted and should be stricken from the record.

Plaintiff also appears to be under the mistaken impression that Defendants have moved to strike his Elaborate Statement filed with the Court on January 31, 2006. Defendants move to strike only Plaintiff's Reply to Defendants' Affirmative Defenses filed with the Court on

February 22, 2006. Defendants have not moved to strike Plaintiff's Elaborate Statement filed with the Court on January 31, 2006.[1]

For the foregoing reasons and the reasons stated in Defendants' Motion to Strike, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court strike Plaintiff's Reply to Defendants' Affirmative Defenses from the record.

Dated: March 27, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Katherine A. Goetzl
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 telephone
202.842.0011 facsimile

Counsel for Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc.

---

[1] Defendants are uncertain what relevance Plaintiff believes the case of United States v. Benson, currently pending in the U.S. District Court for the Northern District of Illinois, has with respect to this case. In Benson, the defendant has filed a Motion to Strike and Motion to Have Facts Deemed Admitted in connection with the government's Motion for Summary Judgment. The Benson court does not appear to have decided the Motion to Strike yet.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2006, a copy of the foregoing Defendants' Reply to Plaintiff's Reply to Defendants' Motion to Strike was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC 20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl