UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

*Rami Elhusseini,*
*Plaintiff*

*V.*

*Compass Group Inc.,*
*Restaurant Associates,*
*Defendants*

Civil Action No: 06-0100, RBW

## Plaintiff's clarification note to Defendants

As requested by Defense counsel, I am hereby presenting a clarification note concerning my motion to deem admitted the reply I had filed to the Defense's "Affirmative Defenses", as well as the motion to dismiss Defendants' motion to strike.

Counsel Goetzel in the "Defendants' reply to Plaintiff's reply" filed on March 27th 2006 tried to resolve the ongoing strike and dismissal cycle by noting that the Defense's motion to strike did not aim to remove the "Elaborate Statement" from the record but the "Reply to Affirmative Defenses"; I am hereby taking note of the fact and present my sincere apologies for alluding to understand that Defense's motion to strike was vising the "Elaborate Statement". I am hereby stating that I am well aware that Defendants wish to strike from the record the "Reply to Affirmative Defenses" not the "Elaborate Statement". Furthermore, I wish to controvert the Defense's last "Reply to Plaintiff's Reply" on the basis that it begs the question, it fails to state any reasoning for its assessment of Plaintiff's mistake (e.g. P. 2 "Plaintiff is mistaken because defendants have not filed counterclaims"). Defendants did request a dismissal of complaint with prejudice and reimbursement of legal fees in the "Affirmative Defenses" filed on the February 16th of 2006. Rule 54 (d) (2) (A) and (B) of the Federal Rules of Civil Proceedings states that

RECEIVED

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

motion to request Attorney's fees is a claim; the Defense's wish based on the fee-shifting provision is therefore a request from a party asking for compensation for a wrongdoing this party has endured, it is herein a claim, since it is a defense's motion and in reply to a plaintiff's originating action and is directed against the same original claimant it is therefore a counterclaim, Rule 13 (a) Federal Rules of Civil Proceedings "Counterclaim and cross-claim."

As for the Defense's request to clarify the relevance of USA vs. Benson, the reasoning behind it was to show that a request to deem admitted of an argument - regarded as impertinent and scandalous by one party- to establish a truth of claim is possible despite allegations of impropriety, albeit "no discovery has been taken at this stage of the case" as the Defendants avow in their "Affirmative Defenses" -which makes the Defendants' argument self contradictory, and despite the Defense's awareness of the necessity to state truths to the best of signer's knowledge as required by Rule 26 (a)(1) and (g)(1) of the Federal Rules of Civil Proceedings, yet Defendants prayed for dismissal of complaint with prejudice, which can allude to a frivolous claim. In addition; the decision of the court regarding the motion by Benson is not the focus of this proposition; the decision regarding the request to deem admitted could not bind the court of Hon. Judge Walton either way, citing the motion by Benson even if the court does not grant it only proves the legitimacy of this request. I therefore pray:

To dismiss the motion to strike by Defense,

To require Defense to justify on the grounds of our equal status in front of the Court each and any of their requests and to stop decree formatted and unnecessary maneuver before a trial has even been set to begin.

I also wish to present the Court with my apologies for participating in a cycle of redundant back and forth and wish not to be considered as generating unnecessary delay as required by Rule 26 (g) (2) (B) of the Federal Rules of Civil Proceedings.

Respectfully Submitted,
Rami Elhusseini, Pro-Se
3/29/06

## CERTIFICATE OF SERVICE

I hereby certify that on March 29th 2006 a copy of the foregoing motion was served by certified mail upon the following:

Littler Mendelson, P.C.

C\O Katherine Goetzl
1150 17th St. NW, Suite 900
Washington DC 20036

*[signature]*