UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Rami Elhusseini,*
*Plaintiff*

*V.*

*Compass Group Inc.,*
*Restaurant Associates,*
*Defendants*

Civil Action No: 06-cv-0100, RBW

### Plaintiff's Initial disclosure

As required by rule 26 of the Federal Rules of Civil Procedure I am hereby presenting an initial disclosure of my complaint against Compass Group and Restaurant Associates.

Some of the persons who have discoverable information with regards to my claim are only known to me by their first name. Most are my colleagues at the Mitzitam Café in the Native American Museum, therefore I request of the defendants if possible to provide a list of the employees at the café during the time of my employment so I can properly get in contact with them and let their information be on record for the knowledge of the court and the parties. I will however list the main persons in direct contact with the events that led to what is the case.

A) The main persons of interest to this case are Richard Hetzler, Chef at Mitzitam Café, Tara Peralta, sous-Chef, Larry Ponzy Café manager, Michelle Perry; manager, Courtney; accountant, Flow Long; floor manager, James Ellison; line cook, Tameka; cashier, Xiomara Rivas; floor manager, Derek; sous-Chef, Jeffery Ragsdale; prep cook, Brent; prep cook, Tony; Prep cook, Jose Salamanka; server, Robin Cerrati; human resources director, Sheryl Queen; communication director, Joe Machicote; Ombudsman.

RECEIVED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

B) Documents of relevance to the case are the letter of Robin Cerrati regarding termination, the medical records showing treatment for Post Traumatic Stress and previous mental state. Likewise documents form defendants' doctors are also of relevance to the case. Employees list of the Mitsitam Café between September 2004 and August 2005, Café's cashiers records with itemized statistics into what kind of items sold and number, this feature was often referred to in meetings at the restaurant. Compass Group and Restaurant Associates' rosters of wages to high executives and managers. The investigation report of termination incident.

C) The computation of damage was based on the amount of money generated during Plaintiff's employ at Restaurant Associates, the doctors and laboratory fees were covered by insurance but could shed a light on the nature of medication burden that these damages can produce, the roster of executives at Compass and RA are also a mean of computing relief since the company pledged employees promotion to all levels of the company, some video tapes shown at meetings clearly enounce a pledge to promote upon dedication to company and dedication which amounts to a custom bearing the force of a contract.

Respectfully Submitted,
Rami Elhusseini, Pro-Se
6/29/06

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29th 2006 a copy of the foregoing motion was served by hand upon the following:

>Littler Mendelson, P.C.
>C\O Katherine Goetzl
>1150 17th St. NW, Suite 900
>Washington DC 20036