UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMI ELHUSSEINI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-100 (RBW) |
| COMPAS GROUP USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on July 19, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 19th day of July, 2006, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. Discovery shall be concluded by November 15, 2006.

3. This matter shall be referred to a Magistrate Judge for a period of sixty days, commencing on November 16, 2006 and concluding on January 19, 2007.

4. Any dispositive motions shall be filed by December 6, 2006, any oppositions shall be filed by January 10, 2007, and any reply thereto shall be filed by January 19, 2007.

5. A pretrial conference shall be held on April 27, 2007 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

Case 1:06-cv-00100-RBW    Document 17    Filed 07/19/2006    Page 2 of 2