UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., <u>et al.</u>**<br><br>**Defendants.** | **Case No. 1:06-cv-00100-RBW**<br>**FILED VIA ECF** |

## CONSENT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b), Local Civil Rule 16.4(a), and the Order for Pretrial Conference issued by the Court on July 19, 2006, and prior to the deadline for filing dispositive motions, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby move the Court for an Order extending the dispositive motions deadline by two weeks. The grounds for this Motion are as follows:

1.  On July 19, 2006, the Court issued a Scheduling Order setting the following dispositive motions schedule: dispositive motions due on December 6, 2006; oppositions due on January 10, 2007; and replies due on January 19, 2007.

2.  On July 24, 2006, the Court referred the parties to mediation before Magistrate Judge Deborah A. Robinson.

3.  On July 25, 2006, Magistrate Judge Deborah A. Robinson scheduled the mediation for November 30, 2006.

4.  Defendants believe that it may be possible to resolve the case at the mediation with Magistrate Judge Robinson.

5.      Defendants believe it would be an inefficient use of time and resources to prepare a dispositive motion prior to and simultaneously with the scheduled mediation.

6.      Neither party has requested any extensions in this case, and Defendants do not intend to request any further extensions.

7.      The only other deadline which has been set in this case is for a pretrial conference on April 27, 2007.  A two week extension of the dispositive motions deadline should not require a significant delay of the pretrial conference date.

8.      This extension will not prejudice any of the parties.

9.      Counsel for Defendants has conferred with Plaintiff pro se by electronic mail regarding this Motion.  Plaintiff pro se has consented to the relief requested in this Motion. Counsel for Defendants and Plaintiff pro se have agreed to the following new dispositive motions schedule:  dispositive motions due on December 20, 2006; oppositions due on January 24, 2007; and replies due on February 2, 2007.

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant this Consent Motion to Extend Dispositive Motions Deadline.

Dated:  November 20, 2006           Respectfully submitted,

                                    LITTLER MENDELSON, P.C.

                            By:   /s/ Katherine A. Goetzl
                                  Paul J. Kennedy (D.C. Bar No. 428623)
                                  Katherine A. Goetzl (D.C. Bar No. 457660)
                                  1150 17th Street N.W., Suite 900
                                  Washington, DC  20036
                                  202.842.3400  telephone
                                  202.842.0011  facsimile

                                  Counsel for Defendant Compass Group USA, Inc.
                                  and Defendant Restaurant Associates, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2006, a copy of the foregoing Consent Motion to Extend Dispositive Motions Deadline was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC  20009
>
> Plaintiff pro se

> /s/ Katherine A. Goetzl
> Katherine A. Goetzl

Firmwide:81695568.1 024778.1145

3