# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

### DECLARATION OF RICHARD HETZLER

I, Richard Hetzler, hereby declare follows:

1. I am currently employed by Restaurant Associates, Inc. ("RA") as the Chef at the Mitsitam Café at the National Museum for the American Indian. I have held this position since September 2004.

2. I decided to hire Rami Elhusseini as a Line Server.

3. The minimum qualifications for the cook positions obtained by Derek Pipher and Janette O'Sullivan were: (1) one year cooking experience in a high volume kitchen; (2) ability to use knife and demonstrate basic knife skills; (3) ability to work independently with speed and accuracy; and (4) ability to read and understand basic menu techniques.

4. Rami Elhusseini was not qualified for nor considered for either of the cook positions filled by Mr. Pipher and Ms. O'Sullivan.

5. I decided to hire Mr. Pipher and Ms. O'Sullivan as cooks.

6.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 19, 2006

_____
Richard Hetzler

Firmwide:81766153.1 024778.1145

2