# EXHIBIT C

# Restaurant Associates

# Employee Handbook

NON-EXEMPT
JANUARY 2002

# 1. EMPLOYMENT POLICIES

## 1.1 EQUAL EMPLOYMENT OPPORTUNITY

The company is committed to equal employment opportunity. Therefore, all personnel policies are to be administered without regard to race, religion, creed, color, gender, national origin, disability, marital status, age, sexual orientation or status as a disabled veteran or veteran of the Vietnam war.

At Restaurant Associates, we value diversity among our employees and the unique perspective this brings to the company. Diversity, often used to refer to differences based on gender, race, age and disability, encompasses an infinite range of individual characteristics and personal history, including communication styles, educational background, career experiences and lifestyles. By valuing these differences we demonstrate our commitment to treating all employees with respect and dignity.

## 1.2 HARASSMENT-FREE WORKPLACE

Restaurant Associates is committed to providing a work environment in which all employees are treated with respect and dignity. Each individual has the right to work in a professional atmosphere that promotes equal employment opportunity and prohibits discriminatory practices, including harassment.

Therefore, it is the policy of this company that harassment on the basis of race, religion, creed, color, gender, national origin, disability, marital status, age, sexual orientation or status as a disabled veteran or veteran of the Vietnam war, is unacceptable and will not be tolerated. This policy applies to all employees, customers, clients, and vendors or other third parties with whom the company has business dealings.

Sexual harassment is discriminatory, illegal and it is strictly prohibited at Restaurant Associates. Sexual harassment includes unwelcome sexual advances, requests for sexual favors or any verbal or physical contact of a sexual nature, when such conduct:
- is made explicitly or implicitly as a term or condition of employment, or
- is used as a basis for employment decisions, or
- unreasonably interferes with an employee's work performance or creates an intimidating or hostile work environment.

Other prohibited forms of harassment include jokes, verbal abuse, degrading comments, the display of objects or pictures and other offensive conduct relating to an individual's race, religion, creed, color, gender, national origin, disability, marital status, age, sexual orientation or status as a disabled veteran or veteran of the Vietnam war, all as defined by law.

Any employee, who believes that he or she has been the subject of sexual or any other form of harassment, as defined by this policy, has the obligation to promptly notify his or her supervisor or the company's Human Resources Department at: (212) 789-7904 or

1

toll-free at: (877) 398-4051. All Supervisors have the responsibility to report any allegations of harassment to the Human Resources Department immediately.

Any reported allegation will be kept strictly confidential to the extent possible given the Company's obligation to investigate such reports. No employee will be subject to retaliation for reporting a validated incident of harassment.

In response to complaints of harassment, Restaurant Associates will investigate and take prompt and effective action, as deemed appropriate. Any employee found to have engaged in sexual or other harassment will be subject to disciplinary action up to and including termination of employment.

### 1.3 AMERICANS WITH DISABILITIES ACT

Restaurant Associates is committed to complying with all applicable provisions of the Americans with Disabilities Act ("ADA"). It is the company's policy not to discriminate against any qualified employee or applicant because of an individual's disability or perceived disability, so long as the employee or applicant can perform the "essential functions" of the job. Consistent with this policy of nondiscrimination, the company will provide reasonable accommodation to a qualified individual with a disability, as defined by the ADA, who has made the Company aware of his or her disability, provided that such accommodation does not constitute an undue hardship on the company.

Applicants or employees with a disability who believe they need a reasonable accommodation to perform the essential functions of their job should contact the Human Resources Department.

### 1.4 OPEN DOOR

Restaurant Associates enables its employees to have access to management staff at all times. An employee is encouraged to openly address any problems with his or her immediate supervisor so that appropriate action may be taken. If a supervisor is unable to be of assistance, the issue should be discussed with the next level of management.

If, at any time, an employee would prefer to speak directly with a member of the Human Resources Department, the employee is encouraged to do so.

### 1.5 FAMILY HIRING

Members of an exempt employee's family (spouse, child, parent, sibling, uncle, aunt, cousin, niece, nephew, in-law, grandparent, or common-law spouse) or individuals of a close personal relationship may not be hired anywhere in the company.

However, relatives of exempt employees will be considered for short-term employment during a Special Event (i.e. US Tennis Open) with the express approval of the Human Resources Department. All applications/screening processes will apply.

### Body Art
- No tattoo that interferes with effective customer service or is deemed offensive by management may be displayed or made visible during working hours.

### Uniforms
- Employees are required to wear their complete uniform as it is intended to be worn; this includes hats, aprons, jackets, nametags, etc.
- Employees are not permitted to wear buttons, pins or other adornments on their uniform that may interfere with effective customer service or a professional appearance. The only exception to this is a company-issued service award pin.
- Non-canvas, slip resistant or rubber-soled shoes with a closed toe are to be worn at all times.

### 4.10 WORKPLACE VIOLENCE
Restaurant Associates strongly believes that all employees should be treated with dignity and respect. Threats, aggressive behavior or acts of violence will not be tolerated. Any instances of violence must be immediately reported to the employee's supervisor and to Human Resources. All complaints will be promptly and fully investigated.

### 4.11 ACCIDENTS ON COMPANY PREMISES
Maintaining a safe work environment requires the continuous cooperation of all employees. Restaurant Associates strongly encourages employees to communicate with fellow employees and their supervisor regarding safety issues.

Accidents that occur on Company premises, involving an employee or a customer, must be reported promptly to an immediate supervisor. Employees should not attempt to give medical aid to an injured customer or employee unless qualified to do so.

Failure of the injured employee to report accidents is a serious matter as it may preclude an employee's coverage under Workers' Compensation Insurance.

### 4.12 STANDARDS OF BEHAVIOR
The purpose of the following set of work rules is to help all Restaurant Associates employees understand what is expected of them and to indicate what types of activities are to be avoided. The Company may, at any time, decide upon additional rules or change any rules that are already in place. The most important purpose of these rules is to provide guidelines that will help all of us deliver the high quality service that our clients and customs deserve and have come to expect from Restaurant Associates.

Violations of work rules may result in some form of disciplinary action, depending on the seriousness of the offense involved. Restaurant Associates' corrective communication process includes:

1) First offense will result in a documented verbal warning.
2) Second offense will result in a written warning.
3) Third offense will result in a final warning and/or suspension.
4) Fourth offense will result in termination of employment.

Please note depending upon the nature and circumstance of the offense, stronger disciplinary action may be taken.

***Conduct, not limited to the following, which may be subject to disciplinary action up to and including termination:***

1. Insubordination; refusal to perform one's job or work assignment
2. Making false or harmful statements concerning any employee, the company or its products
3. Harassment, including sexual, of company, client, supplier or vendor employees
4. Threatening, intimidating, or interfering with fellow employee's on company and/or client premises
5. Unauthorized disclosure of confidential company information and/or materials
6. Mixing or exchanging your personal money with company funds
7. Failure to report an accident on company premises
8. Disorderly conduct during working hours or on company/client property
9. Violating any safety rules or practices or engaging in any behavior which creates a safety hazard
10. Violations of established security procedures in the unit
11. Gross neglect of job responsibilities
12. Being present on a client's premises when not at work or without permission from a supervisor
13. Swearing or using abusive language
14. Absence or lateness without notifying the supervisor or without having a reasonable excuse
15. Sleeping or dozing on the job
16. Gambling on the job
17. Soliciting of any type on company and/or client premises during working hours
18. Conducting yourself in such a manner during non-working hours that the conduct would be harmful to the interest or reputation of the company
19. Inappropriate conduct and/or communication with the client and/or customer as deemed such by management
20. Leaving your job or your regular work place during working hours for any reason without authorization
21. Lack of effort on the job
22. Incompetence or failure to meet reasonable standards of efficiency
23. Neglect of job duties and responsibilities where gross neglect is not involved
24. Excessive absenteeism and/or lateness

25. Smoking in an unauthorized area
26. Failure to keep accurate records
27. Improper use of company and/or client telephones
28. Failure to observe the company dress code, appearance standards, and/or uniform policy
29. Failure to adhere to company's cash handling procedures
30. Violations of Restaurant Associates' PC, e-mail and on-line policy
31. Failure to adhere to company's phone and mail services policy.

***Conduct, not limited to the following, which will result in termination of employment:***
1. Presenting false information when seeking employment or during the course of employment with the company
2. Entering false information on any company reports, records or documents
3. Recording false information or tampering with one's own or another employee's time card or sheet
4. Unauthorized use or deliberate waste of company cash or merchandise
5. Removal of property belonging to another employee or customer without permission
6. Unauthorized use or removal of company, client and/or government material, including records, documents, property, tools, equipment, uniforms, etc. from company and/or client premises
7. Misuse of any company or client identification material (e.g. security pass or badge)
8. Reporting for work while under the influence of an intoxicant, illegal drug or alcohol
9. Possession, use, sale or distribution of intoxicants, illegal drugs or other controlled substances during working hours or while on client or company business or premises (including company owned or leased vehicles)
10. Carrying concealed weapons or possession of firearms or weapons on client or company premises (including company owned or leased vehicles)
11. Fighting on company time or on company and/or client premises
12. Willful destruction of property
13. Indecent behavior during working hours
14. Taking or giving bribes
15. Failure to protect company assets through gross negligence or willful misconduct
16. Operating a company vehicle without having the proper license(s) as required by state law and/or authorization from a supervisor
17. No call/no show for two (2) consecutive days or two (2) incidences of no call/no show
18. Unauthorized taping of conversations with fellow employees, supervisors, management, clients or customers while on company or client's property
19. Attempting to enter, entering, and/or assisting any person to enter the company's and/or client's premises or restricted areas without proper authorization.