# EXHIBIT D

Case 1:06-cv-00100-RBW   Document 20-11   Filed 12/20/2006   Page 1 of 2

# 5. RECEIPT FOR
# Restaurant Associates
# EMPLOYEE HANDBOOK

I acknowledge that I have received, read and understand the Restaurant Associates Employee Handbook. I understand that Restaurant Associates is an "at will" employer and as such employment with Restaurant Associates is not for a fixed term or definite period and may be terminated at the will of either party, with or without cause, and without prior notice. No manager or other executive of the Company, except the CEO, has the authority to enter into any agreement for employment for a specified period of time, or to make any agreement contrary to the above. In addition, I understand that this Handbook states Restaurant Associates' policies and practices in effect on the date of publication. I understand that nothing contained in the Handbook may be construed as creating a promise of future benefits or a binding contract with Restaurant Associates for benefits for any other purpose. I also understand that these policies and procedures are continually evaluated and may be amended, modified or terminated at any time.

Please sign and date this receipt and return it to the Human Resources Department.

SIGNED: _[signature]_

PRINT NAME: RAMI ELHUSSEINI

SOCIAL SECURITY NO.: 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

DATE: 9/15/04