# EXHIBIT E

**COMPASS**
GROUP

TO:        All Associates

DATE:      January 1, 2005

Re:        Equal Employment Opportunity

---

It is the policy of Compass Group USA, Inc. and its affiliated companies (the "Company") to provide equal employment opportunity without regard to race, sex, sexual orientation, color, religion, age, pregnancy, national origin, disability, veteran status or any other protected status. We value diversity and the uniqueness each person brings to the Company.

In accordance with this policy, the Company reaffirms its commitment to equal employment opportunity including compliance with Executive Order 11246, Section 503 of the Rehabilitation Act of 1973, and the Vietnam Era Veterans Readjustment Act of 1974.

In this regard, the Company shall continue to:

1.    Recruit, hire, train and promote qualified persons in all job titles without regard to race, sex, sexual orientation, color, religion, age, pregnancy, national origin, disability, veteran status or any other protected status;

2.    Base employment decisions so as to further the principle of equal employment opportunity;

3.    Ensure that promotion and transfer decisions are in accord with principles of equal employment opportunity by imposing only valid requirements for promotion and transfer opportunities;

4.    Ensure that all personnel actions, such as compensation, benefits, transfers, layoffs, return from layoffs, Company-sponsored training, education, social and recreational programs, will be administered without regard to race, sex, sexual orientation, color, religion, age, pregnancy, national origin, disability, veteran status or any other protected status; and

5.    Ensure that a reasonable accommodation is sought to the religious beliefs of all employees.

It remains the responsibility of all supervisors to ensure the affirmative implementation of this policy.


Gary R. Green
Chief Executive Officer

Christopher Ashcroft
Executive Vice President, Human Resources


**POST ON COMPANY BULLETIN BOARD**

RA 0042

**COMPASS**

TO:       All Associates

DATE:     January 1, 2005

RE:       Zero Tolerance Discrimination and Harassment Policy

---

It is the policy of Compass Group USA, Inc. and its affiliated companies (the "Company") to provide a work environment for all of its associates that is free from discrimination and harassment based on sex, sexual orientation, race, religion, color, disability, age, pregnancy, national origin, veteran status, or any other unlawful factor. To this end, the Company will comply with and strictly enforce federal, state and local laws that prohibit discrimination or harassment based on sex, sexual orientation, race, religion, color, disability, age, pregnancy, national origin, veteran status or any other unlawful factor. Associates who by act or omission discriminate against or harass any associate based upon such classifications shall be subject to disciplinary action, which may include discharge from employment. Without limiting the applicability or coverage of this policy to the conduct hereinafter described, the following conduct shall be deemed a violation of this policy:

1.       Making any decision regarding the hiring, firing, promotion or demotion of an associate or making any decision that affects the wages, benefits or working conditions of an associate based in whole or in part on sex, sexual orientation, race, religion, color, disability, age, pregnancy, national origin, veteran status, or any other unlawful factor.

2.       Making sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature at the workplace.

3.       Making sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature outside the workplace if: (i) the conduct is directed toward another associate and (ii) is unwelcome or adversely affects the working conditions, morale or environment of employees at the Company.

4.       Making submission or rejection of any conduct referred to in paragraph two or three above the basis for any employment decision affecting an associate.

5.       Creating an intimidating, hostile, or offensive working environment by engaging in any of the following conduct or similar conduct that offends another associate:

a.       Calling, addressing or referring to any person by a demeaning name that relates to a person's sex, sexual orientation, race, color, religion, age, pregnancy, disability, national origin, veteran status, or any other unlawful factor.

b.       Belittling or denigrating another because of the person's sex, sexual orientation, race, color, religion, age, pregnancy, disability, national origin, veteran status, or any other unlawful factor.

c.       Relating stories, jokes, experiences or anecdotes that relate to sex, sexual orientation, race, color, religion, age, pregnancy, disability or national origin, veteran status, or any other unlawful factor and that might offend any person of a particular sex, race, color, religion, age, disability, national origin, veteran status, or any other unlawful factor.

d.       Displaying pictures, photographs, depictions, artwork, quotes, stories, jokes or other media that may reasonably offend another because of his/her sex, sexual orientation, race, color, religion, age, pregnancy, disability, national origin, veteran status, or any other unlawful factor.

e.       Touching another associate in a manner that may be offensive to the other associate or making lewd or suggestive gestures or comments in the presence of another associate.

RA 0044

COMPASS

f.       Engaging in any conduct that tends to harass, annoy or inflame another associate, customer or vendor based on sex, sexual orientation, race, color, religion, age, pregnancy, disability, national origin, veteran status, or any other classification or status addressed by law, including, but not limited to, the use of epithets, slurs, threats, intimidation or hostile acts.

This list is not exclusive. Other conduct that results in discrimination or harassment based upon a protected classification may result in immediate disciplinary action, up to and including immediate termination of employment.

The Company will absolutely not tolerate harassment, and asks your assistance in helping it meet its obligations by acting in accordance with its stated commitment and by bringing any violations of this policy to a Company representative's attention immediately.

If you feel that you are being harassed and that it is interfering with your ability to do your job, we expect you to bring your complaint to our attention using our open communication policy. Any associate who brings a complaint to the Company's attention is assured that the matter will be fully and fairly investigated and that it will be dealt with promptly, and in confidence to the extent possible – only those persons who need to know will be involved or informed of the complaint, and we will undertake immediate and appropriate corrective action, including disciplinary measures, when this policy is violated.

Your immediate supervisor is usually the best person to go to if you have a complaint or a problem at work. If you feel that the matter has not been resolved, or if you feel uncomfortable about speaking to your immediate supervisor, the issue should be discussed with the next higher level manager. If the matter has still not been resolved after discussing it with the second level of management, you should feel free to contact the Regional Vice President. In addition, if you ever feel uncomfortable discussing an issue with management, you may, at any time during the process, contact a Human Resources representative or the "Be Aware" hotline at 1-866-232-9273. You may also call the Company's Ombudsman at (704) 328-4012.

Any retaliatory action against an associate who reports sexual or workplace harassment or who provides information concerning a complaint about harassment is strictly prohibited. Any associate, supervisor or manager who engages in prohibited retaliatory action will be subject to disciplinary action up to and including termination of employment.


Gary R. Green
Chief Executive Officer

Christopher Ashcroft
Executive Vice President, Human Resources

**POST ON COMPANY BULLETIN BOARD**

RA 0045

# 1•866•BeAware
## 1•866•232•9273

Compass Group wants you to be
aware of your work environment
and your rights and responsibilities.
For questions or concerns you may
have involving issues such a
Theft/Bribery • Health & Safety
Harassment • Discrimination
please call the "Be Aware" Hotline
Independent trained
communication specialists are on
hand to assist you. Your privacy will
be protected

COMPASS
GROUP®

World Leader in Foodservice

**POST ON COMPANY BULLETIN BOARD**

RA 0048