# EXHIBIT F

*thomas*

# Interoffice Memo

**Restaurant Associates**

*handwritten: PN 1G-19 call report number CAMP0508 0062*

**Date:** 8/3/2005
**To:** ALL Employees
**From:** Robin Cerrati- Vice President of Human Resources
**Cc:** Dick Cattani, Rich Stockinger, Nick Valenti, Larry Jones
**RE:** Open Door Policy

It is the policy of the Company to allow all employees to have appropriate concerns addressed in a fair, thoughtful and expeditious manner, according to the procedures outlined below, without fear of retaliation. An appropriate concern is considered to be any issue that affects the ability to conduct business in a productive and efficient manner.

From time to time, "problems" may come up in the workplace. At Restaurant Associates, we are dedicated to solving them. No matter what the issue may be, Restaurant Associates believes that every associate has the right to voice any of their concerns. Although we cannot promise that every problem will be solved to everyone's satisfaction all the time, the Company does promise that it will listen and seek to resolve any issues in as fair a way as possible.

**Discussions:** The employee should discuss the problem or concern with his/her immediate supervisor. The supervisor will make recommendations to the employee to resolve the problem or, when appropriate, conduct an investigation and take appropriate action.

If the employee feels the issue is still not resolved, if the employee is not comfortable discussing the situation with his/her immediate supervisor, or if the issue involves his/her immediate supervisor, the employee may discuss the problem or concern with his/her next level supervisor. If the issue continues to remain unresolved, the employee should feel free to continue to present concerns upward through the chain of command within the Company. It is inappropriate conduct for an employee to communicate directly or address any workplace issue directly with a customer or client.

If an employee feels uncomfortable pursuing an issue with management, the employee may, at any time during the process, contact an appropriate Human Resources Representative. If the employee does not know the specific phone number or name of the Human Resources representative, he/she may call 1-866-BE-AWARE (1-866-232-9273).

**Confidentiality:** Information communicated during these procedures is to be held in strict confidence. Supervisors and other members of management are to investigate and discuss a complaint only with those individuals who have a need to know about it or who are needed to supply necessary background information. The employee should restrict discussion of the situation to only those individuals who have a need to know.

**Assurances to Employees:** Employees will not be penalized for proper use of the Open Door Policy and are encouraged to promptly address any and all concerns with management or Human Resources.

As we work together to provide our clients and customers with superior service, we believe that the workplace must not only be safe, but that it must also be the kind of place where our employees enjoy their work and enjoy working with each other.

We expect all employees to first use the Company's "Open Door" policy whenever they have a problem they think needs to be addressed. The "Be Aware" Hotline is designed to supplement the "Open Door" policy, not circumvent it.