# EXHIBIT G

# Derek R. Pipher 

---

## Objective
To use my passion for food, experience, and knowledge in the food and restaurant industry in a team environment that will provide growth and rewards.

## Professional Qualifications

- 15+ years Restaurant experience – Fine Dining, Casual Dining, Catering, Institutional, Fast Food
- MS Windows, Word and Excel Experience
- Interact with Customers and Suppliers
- Train/Teach Staff

- Passion for Food
- Self-motivated, Team Oriented
- Financially motivated
- Chef/Co-Owner of AbouTime Personal Chef Service

## Experience

**2003-2004    Exhibition Kitchen Chef                    Yellowfin Fish and Steak House, Edgewater, MD**
- Generate Daily Prep Lists
- Help create specials
- Provide an entertaining and unique dining experience for guests in lounge
- Interact with all Departments and Guests
- Oversee Food Production and Maintain Quality Standards
- Oversee Kitchen Setup/Breakdown
- Train staff
- Prepare and Serve Banquets

**2002-2003    Head Chef                    RJ Bentleys Restaurant, College Park, MD**
- Inventory, Ordering, Receiving
- Manage Labor Dollars
- Budget Planning and Management
- Kitchen Human Resources
- Scheduling
- Teach/Train Staff
- Prepare and Serve Banquets
- Create Weekly Specials
- Generate Daily Prep Lists
- Oversee Food Production and Maintain Quality Standards
- Oversee Kitchen Setup/breakdown
- Interact with all Departments and Guests

**1999-2002    Assistant/Day Chef                    Sly Horse Tavern, Crofton, MD**
- Inventory, Ordering, Receiving
- Create Daily Prep Lists
- Create Daily Specials
- Prepare and Serve Banquets
- Responsible for Kitchen Opening and Setup
- Oversee Food Production and Maintain Quality Standards

**1997-1999    Sous Chef                    Hotel Imperial, Chestertown, MD**
- Prepared private party and business dinners
- Inventory, Ordering, Receiving
- Train prep staff
- Generate Specials
- Generate Daily Prep Lists
- Oversee Food Production and Maintain Quality Standards
- Oversee Kitchen Setup/Breakdown
- Interact with all Departments and Guests
- Create Menus, Preparing, and Serving Banquets

**1997    Line Cook                    Hotel Imperial, Chestertown, MD**
- Prepare and present regular lunch/dinner menu items
- Assist with Inventory, Receiving
- Prepare and Serve Banquets
- Perform other basic prep duties

### Other Food Service Industry Experience
Porter/Weekend Salads
Sandwich Artist
Deli/Bakery/Stock
Grill Person/Salad Bar
Line/Bus person

### Education
| | |
|---|---|
| 1997-1999 | Culinary Apprenticeship, Hotel Imperial, MD |
| 1995-1997 | College Courses, Washington College, MD |
| 1991-1993 | Studio Program, Barnstone Art Studios, PA |
| 1991 | H.S. Diploma, Pocono Mountain HS, PA |

## References

**Paul Kerner**
Executive Chef
Yellowfin Fish and Steakhouse
(410) 573-1333 Work
(301) 385-3700 Cell

**Charles Keck**
Executive Chef
Sly Horse Tavern & Tavern on the Bay
(410) 604-1933 Work
(410) 562-3468 Cell