# EXHIBIT H

# Janette O'Sullivan

**XPERIENCE**

**inn Ri Hotel & Restaurant** — Carlow, Ireland
**hef** — January 1997 – March 2002, December 2002 – February 2003, June 2004 – October 2004
*perated kitchen and assisted Head Chef.*
- Fully managed and operated kitchen and staff for periods while Head Chef was out.
- Provided support functions while Head Chef was present.
- Helped plan daily food menus for breakfast, lunch, and dinner to include European and international dishes.
- Prepared, cooked, and served dishes.
- Interacted with customers while working on delicatessen counter and hot carvery.

**rgia's** — Falls Church, Virginia, U.S.A.
**hef** — September 2003
*ssisted Head Chef.*
- Fully managed and coordinated entrée preparations while Head Chef was out.
- Worked on grille for main courses.

**Pepper Alley Restaurant** — Sligo, Ireland
**Head Chef** — September 1999 – September 2001
*Operated kitchen.*
- Fully managed and operated kitchen and staff.
- Provided daily Chef Specials for dinner menus and helped prepare set restaurant menu.
- Managed inventory by ordering food supplies.
- Specialized in Mexican and European dishes.
- Prepared pastries.

**Mount Wolseley Golf & Country Club** — Tullow, Ireland
**Assistant Chef** — June 1998 – July 1998
- Helped prepare Irish, American, and international cuisine.
- Catered to large parties.

**Great Southern Hotel** — Wexford, Ireland
**Commis Chef** — September 1998 – July 1999
- Assisted Head Chef and fellow Commis Chefs.
- Received training as part of CERT education program.

**EDUCATION**

**CERT** — Wexford, Ireland; Dublin, Ireland
*Chef of Culinary Cooking* — June 2000
- Studied international cooking, pastries, food costing, stock taking, H.A.C.C.P. (Hazard Analysis Critical Control Points) system, kitchen and staff management, menu planning, and supplier management.
- Excelled in hygienic aspect of H.A.C.C.P. system.

**REFERENCES**
- Available upon request.