# EXHIBIT I

# Restaurant Associates
## CORRECTIVE COMMUNICATION
### Non-Exempt Associates
*(Please print clearly)*

Associate's Name: __Rami_____Elhusseini_____ Position:___Line Server
         First Name       Last Name

Supervisor's Name: _Tara_____Peralta_____ Unit Name: __NMAI_____
         First Name       Last Name

Date of incident: ___08___/_13__/__05_____

**INCIDENT:** (Check where applicable and specify details in section indicated below)

- θ No Call/No Show
- θ Irregular Attendance
- θ Tardiness
- θ Leaving Work without Permission
- X Harassment

- θ Insubordination
- O Poor Hospitality/Attitude
- θ Job Performance
- X Violation of Company Policy or Procedure
- X Other  Attempt to fight on company policy.

202-557-4877 cell

**DETAILS OF THE INCIDENT(S):**
There was a prior issue earlier in the week and the Executive Chef was under the impression the situation was resolved; however, on the above mentioned date, Rami harassed another employee while on company property.  We are suspending Rami until an investigation can be complete and will contact him as to what will follow.

202-588-5386 - Home.

**ACTION TAKEN:**
- O Documented Verbal Warning: Number of prior verbal warnings: __1_____
- O Written Warning: Number of prior written warnings: __1_____
- O Final Warning
- X Suspension pending investigation: Beginning: ___08/14/05  Ending: _____/_____/_____
- O Termination: Effective: _____/_____/_____

**NOTICE TO ASSOCIATE:**
You have been given this notice so that you may have the opportunity to correct the behavior described above.  If this behavior continues or if you violate any work rules and/or policies, you may be subject to further disciplinary action, including termination of employment.  A copy of this communication will be placed in your personnel file.

Supervisor/Department: _[signature]_____ Date:___8/14/05____

I have received a copy of the above notice and understand its purpose.

Associate's Signature: _____ Date: _____

*Associate's comments may be written on the back of this page.*

Employee Refused to sign

CPY: Associate
  Personnel File
  Unit File

Revised 05/2002

RA 0052