# EXHIBIT J

Saturday 13 August, I, RAMI El HOSSEINI Had an altercation with colleague Chris Spangler, and I was threatened by use of physical force, as he requested an early leave, I suspected he might gather some company and get a lethal weapon to assault me on my way back home. "I will see you at Columbia Height" following up on his earlier threats, and another coworker's warning about his violation. I clocked out for the day without authorisation because I did not wish to get injured on company time, as instructed several time in premeds.

I wish to clear the fact that I did not violate any company policy, I was not aware of any violations of the handbook instructions.

8/15/05

Ramiorkossah

RA 0055