# EXHIBIT K

# restaurant Associates

## CORRECTIVE COMMUNICATION
### Non-Exempt Associates
*(Please print clearly)*

Associate's Name: __Rami_____Elhusseini_____ Position: ___Line Server___
        First Name      Last Name

Supervisor's Name: __Tara_____Peralta_____ Unit Name: __NMAI_____
        First Name      Last Name

Date of incident: ___08___ / __16__ / __05_____

**INCIDENT:** (Check where applicable and specify details in section indicated below)

- ⊖ No Call/No Show
- ⊖ Irregular Attendance
- ⊖ Tardiness
- ⊖ Leaving Work without Permission
- X Harassment

- ⊖ Insubordination
- O Poor Hospitality/Attitude
- ⊖ Job Performance
- X Violation of Company Policy or Procedure
- X Other *Fighting on Company Time*

**DETAILS OF THE INCIDENT(S):**
Rami left his station without authorization and followed another coworker outside which led to a physical altercation.

**ACTION TAKEN:**

- O Documented Verbal Warning:   Number of prior verbal warnings: _____
- O Written Warning:   Number of prior written warnings: _____
- O Final Warning
- O Suspension pending investigation:   Beginning:   Ending:
- X Termination:   Effective: _____/_____/_____

**NOTICE TO ASSOCIATE:**
You have been given this notice so that you may have the opportunity to correct the behavior described above. If this behavior continues or if you violate any work rules and/or policies, you may be subject to further disciplinary action, including termination of employment. A copy of this communication will be placed in your personnel file.

Supervisor/Department: _[signature]_____ Date: _8/16/05_____

I have received a copy of the above notice and understand its purpose.

Associate's Signature: _____ Date: _____
 *Associate's comments may be written on the back of this page.*

*employee refused to sign* — [initials]

COPY: Associate
  Personnel File
  Unit File

Revised 05/2002

RA 0053