# EXHIBIT L

**From:** Queen, Cheryl
**Sent:** Monday, August 22, 2005 8:12 AM
**To:** Eckwall, David
**Subject:** FW: Settle this

**From:** Rami [mailto:ramilhusseini@hotmail.com]
**Sent:** Saturday, August 20, 2005 5:30 AM
**To:** rserrati@restaurantassociates.com
**Cc:** Queen, Cheryl; Nelson, Kay; Bergeron, Natasha; Ellis, Sarah; Hada, Sarah
**Subject:** Settle this
**Importance:** High

Ms. Serrati;
following our phone conversation, regarding my job termination with Restaurant Associates at the Mitsitam

RA 0060

Cafe with the Smithsonian account at NMAI, I am hereby sending you as you requested my petition of this termination decision and a possible settlement to avoid a legal procedure I will be in the obligation of undertaking shall our disagreement persist.

For the last eleven months Ms. Serrati I have been the best employee at the Mitsitam cafe, the longest serving since opening, the most pleasant and customer friendly, and by far the biggest up seller. I requested a cook training earlier this year in which I also excelled and outshined some of the well experienced in the kitchen as my Chef would testify. I however never got a cook position or even a promotion on the service line. I am a flying colors student at Howard University and have a Nutrition background that should categorize me under the promotionally prone employees. It was passed on unto more recent employees with a High School diploma and a Wendy's Burger experience, all I got out of my dedication to the company is a Zoloft(R) prescription and a biased termination.

I would like to be compensated for my trouble, the ill treatment I received during the termination process and the bias in which the investigation was lead; the sum of four hundred thousand dollars.
And I would like to be reinstated in a managerial capacity, training line servers and front of the house in proper service, and training managers in proper employee treatment.
And a fully paid tuition for a PhD at the SAIS at John Hopkins University with focus on Nutrition in International Affairs, to enable me for a senior position within Compass and the possibility of involvement in the company's accounts worldwide.
And the creation of a committee to investigate the wrong doing and the biased penalization process I was subjected to, a committee arbitrated by Smithsonian human resources delegates to rewrite the company policy in such matters.
And a heartfelt apology published in the Smithsonian magazine and the Washington Post, regretting the misunderstanding and the presence of unqualified personnel within management in similar situations.

Or, in case the company does not wish to retain my services and secure my formation and career;

I would like to be compensated for my trouble, the ill treatment I received during the termination process and the bias in which the investigation was lead; the sum of seven hundred thousand dollars.
And a heartfelt apology published in the Smithsonian magazine and the Washington Post, regretting the misunderstanding and/or reserving the right of discretion regarding reasons behind the disagreement.

I would like to resolve this matter without legal recourse, I am not a lawyer but I think the format of these requests is sound and if agreed to can be legally binding. All of the condition would have to be met for us to avoid a court interference; in case we have to resolve this matter in the court of law, my request will be for two million dollars in damage in case we settle and for three million dollars in case we have to go for a jury trial.
It does sound like a moment from Austin Powers, I have all the intentions of going it though, this is the land of liberty and people are free to erect the laws they choose within their investments, but by the same token there is a fact that this freedom was built on a set of laws higher that any company's or capital and by which all will abide.

All the best,
Rami Elhusseini.

RA 0061