# EXHIBIT M

# Restaurant Associates
A Member of the Compass Group®

:0 Fifth Avenue, 5th Floor
aw York, NY 10001
l: 212.613.5500
x: 212.613.4695

September 1, 2005

Dear Rami,

As a follow up to our brief discussion on August 19th, where you claimed wrongful termination to an incident that occurred on August 13, 2005, I asked that you prepare a statement outlining your perspective of the incident so that I could gain a better understanding of why you considered the termination "wrongful".

I did not receive such a letter from you. What I did receive was an email stating your feelings on your work performance, educational background along with lengthy list of demands. Although I can appreciate that you felt strongly about your employment and performance while with RA, these had no direct bearing to the incident.

I have thoroughly reviewed the investigation incident reports that were conducted resulting in your termination. This decision was based upon serious violations of company policy and procedures, employee standards of behavior and conduct including those in the RA handbook.

1. Walking off the job, disorderedly conduct, and insubordination.
2. Mishandling of a workplace issue that resulted in Workplace Violence- Fighting on company time with the intent to harm another employee.

That these violations occurred is demonstrated by RA witnesses and your own admission in your statement during the investigation. You admitted to clocking out without permission while on the schedule, chasing and grabbing an employee.

Although you feel your actions were justified, there is nothing to indicate that you had been threatened by "said" employee. In fact, it is your decision to react personally rather than seek out the proper venue of available Management or Human Resources counsel is discerning.

I also want to re-iterate that RA has an open door policy which is also outlined in our employee handbook: "*The employee should discuss the problem or concern with his/her immediate supervisor. The supervisor will make recommendations to the employee to resolve the problem or, when appropriate, conduct an investigation and take appropriate action.* "Further, if an employee feels uncomfortable pursuing an issue with management, at any time he/she may call the **1.800 hotline** which is available to all associates.

Rami, thank you for bringing your concerns to my attention. However, your request for reinstatement of your employment is denied

Sincerely,

Robin Cerrati
Vice-President of Human Resources

cc: Larry Jones, General Counsel