UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., et al.**<br><br>**Defendants.** | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

## ORDER

Upon consideration of Defendants Compass Group USA, Inc. and Restaurant Associates, Inc.'s Motion for Summary Judgment, the opposition thereto, if any, the reply thereto, if any, and the entire record, it is hereby:

ORDERED that Defendants' Motion for Summary Judgment is GRANTED; and

ORDERED that judgment is entered in favor of Defendants and against Plaintiff Rami Elhusseini; and

ORDERED that copies of this Order shall be mailed to all counsel of record and Plaintiff pro se.

Dated: _____     _____
Hon. Reggie B. Walton
United States District Judge

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street N.W., Suite 900
Washington, DC 20036

Counsel for Defendant Compass Group USA, Inc.
 and Defendant Restaurant Associates, Inc.


Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC 20009

Plaintiff pro se

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2006, a copy of the foregoing proposed Order was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:81753926.1 024778.1145