UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Rami Elhusseini,*
*Plaintiff*

*V.*

*Compass Group Inc.,*
*Restaurant Associates,*
*Defendants*

Civil Action No: 06-0100, RBW

## ORDER

Upon consideration of Plaintiff Rami Elhusseini's reply to Defendants and Motion for Summary Judgment, the reply thereto, if any, and the entire record, it is hereby:

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED; and

ORDERED that judgment is entered in favor of Plaintiff and against Defendants Compass Group USA, Inc. and Restaurant Associates, Inc.; and

ORDERED that copies of this order be mailed to Plaintiff pro se and all counsel of record.

Dated:_____

_____
Hon. Reggie B. Walton
United States District Judge

1

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street NW, Suite 900
Washington DC 20036

Counsel for Defendants Compass Group USA, Inc. and Restaurant Associates Inc.

Rami Elhusseini
2517 Mozart Pl. NW Apt. 103
Washington DC 20009

Plaintiff, pro se.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19th 2007 a copy of the foregoing motion was served by hand upon the following:

<u>Littler Mendelson, P.C. C\O Katherine Goetzl 1150 17th St. NW, Suite 900 Washington DC 20036</u>

Rami Elhusseini, Pro-Se   1/19/07

*[signature]*

3