Table of Contents for Exhibits:

Exhibit 1: Incident Reporting

    a- Email from Robin Cerrati to Joe Machicote containing Larry Ponzi's description of Plaintiff a.k.a. RA 0064
    b- Email from Tara Peralta titled Tara Statement containing report of altercation between Plaintiff and Mr. Spangler a.k.a. RA 0054
    c- Statement from Derek Pipher regarding altercation between Plaintiff and Mr. Spangler, also containing Mr. Pipher's signature as Sous-Chef a.k.a. RA 0057
    d- Coworker Hobart Wilson's account of altercation between Plaintiff and Mr. Spangler a.k.a. RA 0058
    e- Coworker Edgar's account of altercation between Plaintiff and Mr. Spangler a.k.a. RA 0059
    f- Defendants' Discovery Reply to Plaintiff's Document Request of previous altercation with coworker Abdullah Jihad
    g- Ombudsman Joe Machicote's report of conversation with Plaintiff a.k.a. RA 0062
    h- Defendants' reply for Plaintiff's Admission Request of altercation with Mr. Jihad.

Exhibit 2: Notification of Management.

    a- Email from Vice President of Corporate Communication containing Letter of Demand and notification of management a.k.a. RA 0066
    b- Email to Vice President of Corporate Communication containing mediation request a.k.a. RA 0068

Exhibit 3: Plaintiff's awards and Recommendations.

    a- Award from National Society of Collegiate Scholars.
    b- Recommendation Letter form Professor at American University of Beirut
    c- Acceptance letter to the PhD program in Comparative Literature of Emory University
    d- Recommendation Letter from Professor at Toulouse University, France.
    e- Welcome Letter to the PhD program at Emory
    f- Recommendation Letter for Chairman at Toulouse University, France
    g- Acceptance Letter from Comparative Literature Department at Emory

Exhibit 4: Company overview, EEO Policy and related Discovery.

    a- Welcome Letter from Compass CEO Gary Green
    b- "About Compass" company fact sheet.
    c- Mitsitam Café, Smithsonian pamphlet
    d- Defendants' Discovery reply to Plaintiff's Admission requests #1 and #2.
    e- EEO policy communication a.k.a. RA 0036 and RA 0037
    f- Defendants' objections and Discovery reply to Plaintiff's Document request #4.
    g- Defendants' objections to Plaintiff's Discovery and Document Request #1