them in the bureaucracy.

Sincerely,
Rami Elhusseini.

----- Original Message -----
From: Queen, Cheryl
To: Rami
Sent: Monday, August 22, 2005 10:00 AM
Subject: RE: Settle this

Dear Mr.. Husseini,

Ms. Cerrati did not receive your email because her name was misspelled. I have forwarded it to her and understand she is on vacation this week. I am sure she will review your message upon her return.

Best wishes,

Cheryl Queen
Vice President Corporate Communication

---

From: Rami [mailto:ramilhusseini@hotmail.com]
Sent: Saturday, August 20, 2005 5:30 AM
To: rserrati@restaurantassociates.com
Cc: Queen, Cheryl; Nelson, Kay; Bergeron, Natasha; Ellis, Sarah; Hada, Sarah
Subject: Settle this
Importance: High

Ms. Serrati;
following our phone conversation, regarding my job termination with Restaurant Associates at the Mitsitam Cafe with the Smithsonian account at NMAI, I am hereby sending you as you requested my petition of this termination decision and a possible settlement to avoid a legal procedure I will be in the obligation of undertaking shall our disagreement persist.
For the last eleven months Ms. Serrati I have been the best employee at the Mitsitam cafe, the longest serving since opening, the most pleasant and customer friendly, and by far the biggest up seller. I requested a cook training earlier this year in which I also excelled and outshined some of the well experienced in the kitchen as my Chef would testify. I however never got a cook position or even a promotion on the service line. I am a flying colors student at Howard University and have a Nutrition background that should categorize me under the promotionally prone employees. It was passed on unto more recent employees with a High School diploma and a Wendy's Burger experience, all I got out of my dedication to the company is a Zoloft(R) prescription and a biased termination.

I would like to be compensated for my trouble, the ill treatment I received during the termination process and the bias in which the investigation was lead; the sum of four hundred thousand dollars.
And I would like to be reinstated in a managerial capacity, training line servers and front of the house in proper service, and training managers in proper employee treatment.
And a fully paid tuition for a PhD at the SAIS at John Hopkins University with focus on Nutrition in International Affairs, to enable me for a senior position within Compass and the possibility of involvement in the company's accounts worldwide.
And the creation of a committee to investigate the wrong doing and the biased penalization process I was subjected to, a committee arbitrated by Smithsonian human resources delegates to rewrite the company policy in such matters.
And a heartfelt apology published in the Smithsonian magazine and the Washington Post, regretting the misunderstanding and the presence of unqualified personnel within management in similar situations.

**From:** Rami [mailto:ramilhusseini@hotmail.com]
**Sent:** Wednesday, September 14, 2005 1:27 PM
**To:** Queen, Cheryl
**Cc:** Cerrati, Robin
**Subject:** Rest. Asso.

Dear Ms. Queen,

 it would seem that my negotiations with Ms. Robin Cerrati is reaching a dead end, there seems to be a vicious circle she suggests I get into by taking up the matter through the open door policy, which will ultimately refer the matter back to herself as she pointed out in an earlier discussion and lead me back to my own tail.
 Far be it from me to dare fathom or take a shot at deciphering her predilections, yet I feel that Ms. Cerrati is ultimately betting on going to court under the Compass umbrella, I know not if such wit cometh from collaboration with some Batman Cerrati, or just an ostensive gift of habituation due to winging it at high altitudes, but I'm almost sure it's not the same company although a subdivision of the same body. Ms. Queen do you think that we can still undertake this problem within Compass or do you think a legal circumvention is at hand, and in such case scenario who would be the proper person fictive or real that I should address the law suit against, Ms. Cerrati will tell me anything but that.

 Ms. Queen I wish to be restituted of course but whence the restitution comes does matter, I wish it to originate from the same funds that pay the wages of Ms Cerrati and her peers, not from the cornerstone that lies above them in the bureaucracy.

Sincerely,
Rami Elhusseini.

RA 0068