# The National Society of Collegiate Scholars

To all who read these letters

~ Greetings ~

The Honorary Board of Regents and the Board of Directors of The National Society of Collegiate Scholars Confer Honor and Distinction upon

## Rami Abrahim Elhusseini

for Commitment to the Ideals of

**Scholarship, Leadership and Service**

Presented this Thirtieth Day of April, Two Thousand Three

**Howard University**

With this recognition come all the rights, honors, and privileges thereunto pertaining to the Society at

_Steve E. Loflin_
Executive Director

_C. Salah Hassan_
Chapter Advisor

_A. Maxxine Mone_
Chapter President

*FACULTY OF ARTS & SCIENCES*
*DEPARTMENT OF PHILOSOPHY*
*AMERICAN UNIVERSITY OF BEIRUT*
*BEIRUT, LEBANON*

January 12, 1999

## Recommendation Letter for Mr. Rami El Husseini

    Mr. Rami El Husseini was my student from 1993 to 1995. He took with me three philosophy undergraduate courses: Philo 213 (History of Ancient and Medieval Philosophy - Final grade: 85), Philo 219 (Existentialism- Final grade: 85) as well as an undergraduate seminar on Hermeneutics (Final grade:80). In all of these courses Rami distinguished himself as a bright, hardworking and very motivated student. He consistently showed keen interest in philosophical argumentation and remarkable analytic abilities. He always came to the classes well prepared and ready to exchange ideas, open to other points of views and curious about alternative ways of looking at things. His exposure to psychoanalytical literature and practice widened his horizons. I came to appreciate his intellectual creativity, maturity and sense of independence. His familiarity with the Middle East as well as his trilinguial linguistic skills (in Arabic, French and English) provide him with very useful tools to engage in a variety of comparative studies, whether in literature or in philosophy. I, therefore warmly recommend him for graduate studies: he is definitely a very promising student. I think that he would be an active and productive member of any group that he would join, whether academic or non-academic.

*E. S. Kassab* (signature)

Elizabeth Suzanne Kassab
Assistant Professor
Philosophy Department
American University of Beirut

# EMORY UNIVERSITY
## Program in Comparative Literature

N101 Callaway Center
Atlanta, Georgia 30322-2290
Phone: 404/727-7994
Fax: 404/727-2263

16 March 1998

Rami Husseini
20 Rue de Galach, Apt. 5
Toulouse C1300
FRANCE

Dear Rami:

On behalf of the Admissions Committee, I would like to inform you of your acceptance into the Program in Comparative Literature of Emory University.

Your acceptance includes a full tuition scholarship ($21,770) and stipend of $11,000 per year, which may include further increases for the following three years. After your first year, your stipend will be divided into a fellowship and teaching assistantship, although your teaching obligations do not start until your third year. Funding for the fifth year cannot be guaranteed, but we have succeeded thus far in providing for fifth year students through teaching and competitive based awards.

We would like for you to complete the information requested below and return this letter to Keith Anthony in The Comparative Literature Office as soon as possible. Once we have received your response, we will process your award through the Graduate School Office, and you will receive your official notification.

Sincerely,

*Angelika Bammer*

Angelika Bammer
Director of Graduate Studies

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I do intend to accept this award: **YES!**          I do not intend to accept this award: _____

Signature: _Rami al Husseini_   Date: _29 April 98_

*thank you from the bottom of my heart*

An Equal Opportunity/Affirmative Action University



**UNIVERSITE DE TOULOUSE LE MIRAIL**

Raymonde HEBRAUD-CARASCO  
Maître de Conférences d'Esthétique du Cinéma  
U.F.R. de Philosophie  
Université de Toulouse II Le Mirail

Toulouse, le 23 juin 1998

## ATTESTATION

    Je soussignée, Madame Raymonde HEBRAUD-CARASCO, certifie que **les grandes qualités de présence active** de Monsieur RAMI EL HUSSEINI, étudiant en licence de Philosophie à l'Université de Toulouse II, **l'acuité et la justesse de ses interventions** pendant les cours de l'Unité de Valeur PHI310 (Philosophie de l'Art), son enthousiasme devant la découverte du cinéma français de la « Nouvelle Vague » (Bresson, Godard), **l'imagination et le goût de la langue** de son scénario écrit, m'ont fait apprécier sa personnalité extrêmement attachante.

    J'ajoute ici que ce pouvoir de sympathie a été partagé par tous les étudiants de cette Unité de Valeur (Son scénario a donné lieu à une mise en scène théâtrale collective de ces étudiants).

Raymonde HEBRAUD-CARASCO.

*[Cachet : UNIVERSITÉ DE TOULOUSE LE MIRAIL — U.F.R. DE PHILOSOPHIE]*

---

5, allées Antonio-Machado - 31058 TOULOUSE CEDEX  
Tél 61 50 42 50                                             Minitel 36 15 - Code UTM

# EMORY UNIVERSITY
Program in Comparative Literature

N101 Callaway Center
Atlanta, Georgia 30322-2290
Phone: 404/727-7994
Fax: 404/727-2263

June 2, 1998

Rami El-Husseini
20 Rue de Galach, Apt. 5
Toulouse C1300
FRANCE

Dear Rami,

This letter is to welcome you to our program and give you some information that should be useful to you. We are looking forward to having you with us, and to helping you get off to a good start here at Emory.

As I am sure you know by now, orientation for the Graduate School of Arts and Sciences this year is Tuesday, August 25, registration is Thursday the 27th, and classes will begin the next day, the 28th. This and other useful information can be found in the Schedule of Courses, put out by the Registrar's Office. Let us know if you have not yet been given a copy and we will mail one to you. By now you will have been processed into the university system, and you should have received some documentation to return to us. When you have received all of these papers, please return them to us as soon as possible.

The Comparative Literature Program keeps its office open all summer. Please feel free to contact us by the usual methods, or by these e-mail addresses:

Cathy Caruth - ccaruth@emory.edu
Angelika Bammer - abammer@emory.edu
Keith Anthony - krantho@emory.edu
Myself - gstrevy@emory.edu

I am enclosing a copy of some information we gave to our current students to familiarize them with our four incoming students. Perhaps you will enjoy reading it.

Sincerely,

Gail Strevy
Secretary

Enclosure



UNIVERSITE
DE TOULOUSE
LE MIRAIL

A l'aimable attention des autorités pédagogiques et administratives de
de l'Université de EMORY

Je soussigné Louis SALA-MOLINS, professeur de philosophie politique et responsable du Département de Philosophie de l'Université de Toulouse II le Mirail,

**déclare**

que **Monsieur Rami EL HUSSEINI**, né le 1er Mai 1973, licencié en philosophie à l'AUB (American University of BEIRUT) en 1995, prépare actuellement une licence en Philosophie dans notre Université.
Monsieur EL HUSSEINI souhaite préparer ensuite et obtenir le "PHD PROGRAM" de Littérature Comparée à l'Université EMORY. Dans cette perspective, il envisage d'élaborer et de mener à terme une recherche sur le thème suivant :
**"Essai de Critique psychanalytique de l'influence de la littérature française sur la philosophie française et la philosophie en général".**

**UFR**
**PHILOSOPHIE**

Je déclare que Monsieur Rami EL HUSSEINI fait preuve, dans notre Département, d'une assiduité exemplaire, d'ardeur au travail et d'excellentes capacités d'analyse et je plaide pour que toutes facilités soient accordées à ce candidat afin qu'il puisse mener à bon terme le programme qu'il s'est imposé.

Fait, à TOULOUSE, le 29 Janvier 1998



TELEPHONES : 05 61 50 44 22
05 61 50 44 24
TELECOPIE : 05 61 50 44 24

INTERNATIONAL
TEL : +33 5 61 50 44 22
FAX : +33 5 61 50 44 24

5, ALLEES ANTONIO-MACHADO
F - 31058 TOULOUSE CEDEX 1

# EMORY UNIVERSITY
Program in Comparative Literature

N101 Callaway Center
Atlanta, Georgia 30322-2290
Phone: 404/727-7994
Fax: 404/727-2263

May 18, 1998

To Whom It May Concern:

Rami El-Husseini (Student I.D. # IE 473) has been accepted as a first-year Ph.D. student in the Comparative Literature Program of Emory University. He will receive a full tuition scholarship in the amount of $21,770 and a stipend of $11,000 per year. These are guaranteed for four (4) years of study for students in good standing.

Please call me at (404) 727-7994 if you have any questions or need further information.

Sincerely,

Keith Anthony
Program Coordinator

:gs