## OVERVIEW OF COMPANY

Welcome to Compass Group

Dear Colleague,

It gives me great pleasure to welcome you to Compass Group North American Division. As a new member of Compass Group, you are now part of the world's leading contract food service Company. Our phenomenal growth, dynamic divisions and competitive packages make us the preferred employer in our industry and, as such, we take pride in providing our new associates with an effective and comprehensive orientation and training program. Our commitment to your future within Compass Group began the moment you accepted your new position. As you begin your journey within Compass Group, I am confident that you will quickly notice the rewards of being part of a Company with global experience, resources, extraordinary Company benefits and promising career prospects. With more than 140,000 associates in over 45 countries, our dedication to developing the skills and talents of qualified individuals like you spans the globe, making each of you an integral part of our Company. This handbook is designed to provide you with resources and information related to the Compass Group organization. As our organization continues to grow, our focus remains the same – to become the world's leading food service Company by providing exceptional quality. I hope you will take pride in the organization you have joined - where our achievements are measured not just by the bottom line, but by our people.

Gary R. Green
Chief Executive Officer

## About Compass

Compass Group North America is a leader in contract food service and hospitality. By combining fresh ideas with the industry's greatest talent, we continue to set the standards for food and service excellence.

We are a $6 billion organization with more than 117,000 associates throughout the US and Canada. Our parent Company is UK-based Compass Group PLC, a $19 billion food service Company with over 400,000 associates throughout 90 countries worldwide. In 2003, Compass Group PLC was named the world's 10th largest employer by Fortune magazine.

## Vision & Values

Our mission is simple. We are about three things: Great People delivering Great Service achieving Great Results.

Our strategy for delivering **Great People** is to become the Preferred Employer. The way we deliver **Great Service** is through Operational Excellence and Customer and Client Satisfaction. All of this leads to **Great Results** that improves our Financial Performance and enhances our Market Leadership.

Our values signify the heart of our organization. We strive to always conduct our business with our values in mind, regardless of who we are and where we are in the world. In doing so, we believe we will truly move Compass Group from Good to Great.

**Our values**

- "Can-do"
- Win through teamwork
- Embrace diversity
- Passion for quality
- Share success

*great* people
*great* service
*great* results



# MITSITAM CAFÉ

## FEATURING A VARIETY OF FOODS FROM AMERICA'S NATIVE PEOPLES.



A DIVERSE MENU OF NATIVE FOODS

Mitsitam means "Let's eat!" in the language of the Delaware and Piscataway peoples. The café features Native foods from throughout the Western Hemisphere, including the Northern Woodlands, Great Plains, Meso America, Northwest Coast and South America. Each food station reflects the cooking techniques, ingredients and flavors found in the region's traditional and contemporary dishes.



### Northern Woodlands

This region extends from the Atlantic to the Mississippi and from southern Canada to the Chesapeake Bay. The Native people of the Northern Woodlands farmed, fished and hunted, and they created dishes from corn, beans, squash, fish, nuts, wild rice and waterfowl.

*Menu Highlights:* Maple-Roasted Turkey • Lobster Salad Roll • Quahog Clam Chowder • Corn on the Cob • Wild Rice Salad • Corn Bread • Cranberry Cobbler Tart • Maple Sugar Drops • Maple Popcorn

### Great Plains

The landscape of the Great Plains—from Canada's Alberta to Texas—was once home to thousands of bison, or buffalo, which served as the primary food source for Native people in the vast region. Today, some Native communities have developed bison farms, which distribute their meat nationwide.

*Menu Highlights:* Indian Tacos • Buffalo Chili and Pinto Beans on Fry Bread • Buffalo Burgers • Ash-Roasted Chicken • Sandwich Spicy Chile Fries • Watermelon & Tomato Salad • Pumpkin & Tomato • Fry Bread • Fresh Mint Cooler

Extending from Honduras to Arizona and New Mexico, Meso America is the original source of some of the Americas' most enduring staple foods. The Tohono O'odham people of Arizona, among many other tribes in the Southwest, have cultivated desert-growing varieties of *The Three Sisters:* corn, beans and squash.

*Menu Highlights:* Pork, Beef or Chicken Tacos • Pinto Bean & Corn Enchiladas • Totopos—Chips & Salsa • Pueblo Tortilla Soup • Cotija Cheese • Pumpkin Cookies • Watermelon or Hibiscus Agua Fresca



### Northwest Coast

The Northwest Coast region stretches from southern Alaska to northern California and is home to the Tlingit, Haida, Nootka and Salish, among hundreds of other tribes. Native people of the Northwest Coast often obtain their food from the sea, and salmon is a staple of their diet.

*Menu Highlights:* Cedar-Planked Juniper Salmon • Salmon Sandwich on Wild Rice Bread • Smoked Seafood Platter with Oysters, Shrimp & Trout • Watercress & Cucumber Salad • Honey-Baked Golden Beets • Dried Fruits & Nuts • Fresh Berries

### South America

The South American region focuses on the Native peoples of Peru, Colombia and the Andes Mountains. Following a tradition that began at the height of the great Inca civilization, Native communities in these regions raise domesticated llamas and cultivate numerous varieties of corn.

*Menu Highlights:* Chicken or Black Bean Tamales wrapped in Corn Husks • Cream of Peanut Soup • Corn Pupusa with Chili Slaw • Jicama, Orange and Nopales Salad • Peruvian Potato Causa • Peanut Brittle • Mariquitas—Plantain Chips



NATIONAL MUSEUM OF THE AMERICAN INDIAN

MITSITAM NATIVE FOODS CAFE GUIDE

## REQUEST FOR ADMISSION NO. 1

Current CEO at RA started out as a bus boy.

## OBJECTION AND RESPONSE

Defendants object to this request for admission on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence and seeks irrelevant information. Notwithstanding these objections, Defendants deny Request for Admission No. 1.

## REQUEST FOR ADMISSION NO. 2

Company's aim is financial performance through excellent service by competitive individuals.

## OBJECTION AND RESPONSE

Defendants object to this request for admission on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence and seeks irrelevant information. Notwithstanding these objections, Defendants deny Request for Admission No. 2.

Dated:  September 18, 2006                Respectfully submitted,

                                          LITTLER MENDELSON, P.C.


                                   By:  _____
                                          Paul J. Kennedy (D.C. Bar No. 428623)
                                          Katherine A. Goetzl (D.C. Bar No. 457660)
                                          1150 17th Street, N.W., Suite 900

| SUBJECT: | ORIGINATING DEPT: | SECTION: |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | HUMAN RESOURCES | RECRUIT MENT & STAFFING |

| DATE ISSUED:  1-1-05 | SUPERSEDES:  5-1-97 | PAGE:  1 OF 3 |
|---|---|---|

| INITIATED BY:  Human Resources | APPROVED BY:  Human Resources |
|---|---|

## I.    POLICY/PURPOSE

The Company stands committed to its philosophy that all Associates are entitled to equal employment opportunities. The Company will affirmatively recruit, hire, train, and promote Associates based on their abilities, achievements, experience, and other bona-fide job-related criteria without regard to race, color, religion, sex, age, disability, national origin, veteran status, sexual orientation or any other factors unrelated to individual merit or qualifications. This policy applies to all other personnel actions, including compensation, benefits, discipline, transfer, education, leaves of absence, and participation in company administered activities. The Company will adhere to all applicable federal, state and local laws pertaining to equal employment opportunity including Executive Order 11246, Section 503 of the Rehabilitation Act of 1973, the Vietnam Era Veterans Readjustment Act of 1974, Title VII of the Civil Rights Act of 1964, the Equal Pay Act of 1963, the Americans with Disabilities Act of 1990, and the Age Discrimination in Employment Act of 1967.

## II.    ASSOCIATES COVERED BY THE POLICY

All Associates of the Company are covered by this policy.

## III.    RESPONSIBILITY FOR ADMINISTRATION

The Executive Vice President of Human Resources and all levels of management are responsible for administration of this policy.

## IV.    PROCEDURES

A.    **Charges of Discrimination:** If a charge of discrimination is received, the Legal Department must be notified immediately. The Legal Department will initiate an investigation of the charge and direct the Company's response to the appropriate agency.

RA 0036

B.    **Harassment:**   The Company must, by law, insure that the work environment is free from any form of sexual or other workplace harassment.  (Refer to the **Harassment Policy**).

C.    **Religion:** The Company, as an employer, has an obligation to reasonably accommodate a current or prospective Associate's sincerely held religious beliefs and practices.

D.    **Policies, Procedures, and Practices:**   All Human Resource policies, procedures and practices of the Company, including compensation, benefits, discipline, safety and health programs will be administered and conducted without regard to any individual's race, color, religion, sex, age, national origin, disability, veteran status, sexual orientation or other criteria as specifically prohibited by any state or local laws.

E.    **Associate's Responsibility:**   All Associates are responsible for adhering to this policy and its applications, and for adhering to and enforcing the Company's policy and commitment to Equal Employment Opportunity. Every Associate has the responsibility to immediately contact the Human Resources Department with any complaint of or notification of discrimination.

F.    **EEO Associate Complaints:**   Associates who have EEO-related questions, problems, or complaints should communicate their concerns to their immediate supervisor.  If he/she is dissatisfied with the supervisor's handling of the matter, he/she may pursue her/his complaint by using the steps outlined in the **Open Communication/Fair Treatment Policy.**

An Associate may, **at any time,** contact the appropriate Human Resources Director.  Associates may report EEO related problems, concerns and/or complaints to the Company without any fear of reprisal.

G.    **Disclosure:**   When a consensual romantic and/or sexual relationship exists between a supervisor or a management Associate and another Associate of the Company, the supervisor or management Associate has the responsibility to disclose the relationship to his or her supervisor or the person to whom he or she reports.  The subordinate Associate also may disclose the relationship to the supervisor's or management Associate's supervisor or the person to whom the supervisor or management Associate reports.  At the time of disclosure, arrangements will be made to eliminate or mitigate a conflict, the consequences of which might prove detrimental to the Company, at the Company's sole discretion.

RA 0037

## OBJECTION AND RESPONSE

Defendants object to this document request on the grounds that it is vague, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence, seeks irrelevant information, and to the extent that it attempts to impose a duty on Defendants to provide information not in their possession, custody, or control. Notwithstanding these objections, Defendants produce documents numbered RA0036 to RA0051, which are enclosed.

## DOCUMENT REQUEST NO. 4

Provide the regulations governing the hiring of employees that serve on agencies or committees responsible for overlooking the enforcing of anti-discriminatory procedure within RA and Compass.

## OBJECTION AND RESPONSE

Defendants object to this document request on the grounds that it is vague, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence, seeks irrelevant information, and to the extent it is duplicative of Document Request No. 1 and attempts to impose a duty on Defendants to provide information not in their possession, custody, or control. Notwithstanding these objections, Defendants will produce non-privileged, responsive documents promptly, if any are located.

4

objection or response constitutes admissible evidence.

## GENERAL OBJECTIONS

1.    Defendants object to Plaintiff's document requests and requests for admission on the grounds that they are vague, overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, and seek irrelevant information.

2.    Defendants object to Plaintiff's document requests to the extent that they seek information that is protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege.

3.    Defendants object to Plaintiff's document requests to the extent that they attempt to impose a duty on Defendants to provide information not in their possession, custody, or control.

4.    Defendants object to Plaintiff's document requests to the extent they seek information of a confidential, proprietary, or private nature in the absence of a mutually agreeable protective order.

5.    Defendants incorporate these general objections into each of the individual responses set forth below.

## OBJECTIONS AND RESPONSES TO SPECIFIC DOCUMENT REQUESTS

## DOCUMENT REQUEST NO. 1

Provide RA's regulations concerning the hiring of employees as in the instructions given to restaurants and café managers by the human resources department or higher management regulating their approval and choice of applicants (both hourly and salaried).

2