UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., et al.**<br><br>**Defendants.** | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

### DEFENDANTS' MOTION TO STRIKE

Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby move the Court for an Order striking Plaintiff's Motion for Summary Judgment.[1]

### Statement of Points and Authorities

On November 29, 2006, the Court granted the parties' Consent Motion to Extend Dispositive Motions Deadline. The Court ordered that any dispositive motions be filed by December 20, 2006, oppositions be filed by January 24, 2007, and replies be filed by February 2, 2007. On December 20, 2006, Defendants filed their Motion for Summary Judgment. On January 19, 2007, Plaintiff filed a document entitled "Plaintiff's Motion for Summary Judgment."

Plaintiff's Motion for Summary Judgment should be stricken to the extent Plaintiff is moving for summary judgment on his claims because his Motion is untimely. The Court set a dispositive motion deadline of December 20, 2006 in its Order granting the parties' Consent

---

[1] Defendants are simultaneously filing a Reply to Plaintiff's Motion for Summary Judgment to respond to Plaintiff's arguments to the extent they can reasonably be construed as opposing Defendants' arguments for summary judgment.

Motion to Extend Dispositive Motions Deadline. However, Plaintiff did not file his Motion until January 19, 2007 – nearly one month after the deadline.

### Statement of Compliance with Local Civil Rule 7(m)

Pursuant to Local Civil Rule 7(m), counsel for Defendants contacted Plaintiff by telephone on February 1, 2007 to ascertain whether he opposes the relief sought in this Motion. Plaintiff stated that he does oppose the relief sought in this Motion.

### Conclusion

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant this Motion and strike Plaintiff's Motion for Summary Judgment from the record to the extent Plaintiff is moving for summary judgment on his claims.

Dated: February 1, 2007               Respectfully submitted,

                                      LITTLER MENDELSON, P.C.

                                  By: /s/ Katherine A. Goetzl
                                      Paul J. Kennedy (D.C. Bar No. 428623)
                                      Katherine A. Goetzl (D.C. Bar No. 457660)
                                      1150 17th Street N.W., Suite 900
                                      Washington, DC  20036
                                      202.842.3400  telephone
                                      202.842.0011  facsimile

                                      Counsel for Defendant Compass Group USA, Inc.
                                      and Defendant Restaurant Associates, Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on February 1, 2007, a copy of the foregoing Defendants' Motion to Strike was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se

          /s/ Katherine A. Goetzl
          Katherine A. Goetzl

Firmwide:81981465.1 024778.1145