## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., et al.**<br><br>**Defendants.** | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

## **ORDER**

Upon consideration of Defendants' Motion to Strike, any opposition thereto, any reply thereto, and the entire record, it is hereby:

ORDERED that Defendants' Motion to Strike is GRANTED; and

ORDERED that Plaintiff's Motion for Summary Judgment is stricken from the record to the extent Plaintiff is moving for summary judgment on his claims; and

ORDERED that copies of this Order shall be mailed to all counsel of record and Plaintiff.


Dated: _____             _____
                                    Reggie B. Walton
                                    United States District Judge

2

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street N.W., Suite 900
Washington, DC  20036

Counsel for Defendant Compass Group USA, Inc.
 and Defendant Restaurant Associates, Inc.


Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2007, a copy of the foregoing proposed Order was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:81981473.1 024778.1145