UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

**DEFENDANTS' REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**

Pursuant to Local Civil Rule 7(d), Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby submit this reply to Plaintiff's Opposition to Defendants' Motion to Strike.

On November 29, 2006, the Court set a deadline of December 20, 2006 for the filing of dispositive motions. On January 19, 2007, Plaintiff filed a document titled "Plaintiff's Motion for Summary Judgment." On February 1, 2007, Defendants filed a Motion to Strike Plaintiff's Motion for Summary Judgment to the extent Plaintiff was moving for summary judgment on his claims. Defendants' Motion to Strike was necessitated by the fact that it was unclear to Defendants whether, in his January 19, 2007 filing, Plaintiff was moving for summary judgment on his claims or simply opposing Defendants' Motion for Summary Judgment. A telephone conversation between counsel for Defendants and Plaintiff on February 1, 2007 did not clarify that issue. Nor does Plaintiff's Opposition to Defendants' Motion to Strike or his Statement of Undisputed Material Facts – both filed on February 7, 2007.

Defendants agree with Plaintiff that, if his Motion for Summary Judgment is in fact just an opposition to Defendants' Motion for Summary Judgment, then it was timely filed. However, if Plaintiff's Motion for Summary Judgment is Plaintiff's attempt to move for summary judgment on his claims, then it was filed nearly one month after the deadline for filing dispositive motions. Plaintiff provides no reason for his untimely filing other than that his filing was only possible after Defendants filed their summary judgment motion on December 20, 2006. Plaintiff's Opposition, p. 1. Plaintiff does not explain this reason, and Defendants do not understand it. There is nothing in Defendants' Motion for Summary Judgment that Plaintiff needed before he could file his own summary judgment motion. Plaintiff filed his Motion for Summary Judgment untimely and has no justification for doing so.

For the foregoing reasons as well as those stated in their Motion to Strike, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant their Motion to Strike and strike Plaintiff's Motion for Summary Judgment to the extent Plaintiff is moving for summary judgment on his claims.

Dated: February 13, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Katherine A. Goetzl
Paul J. Kennedy (D.C. Bar No. 428623)
Katherine A. Goetzl (D.C. Bar No. 457660)
1150 17th Street N.W., Suite 900
Washington, DC 20036
202.842.3400 telephone
202.842.0011 facsimile

Counsel for Defendant Compass Group USA, Inc. and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2007, a copy of the foregoing Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Strike was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:82027472.1 024778.1145