UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMI ELHUSSEINI<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-00100-RBW<br>FILED VIA ECF |

**DEFENDANTS' RESPONSE
TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby submit this response to Plaintiff's Statement of Undisputed Material Facts.

In their February 1, 2007 Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Defendants noted that Plaintiff had failed to file a "separate concise statement of genuine issues setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated, which shall include references to the parts of the record relied on to support the statement" as is required by Local Civil Rule 7(h). See Local Civil Rule 7(h). Such a statement of material facts with references to the relied upon parts of the record is required for either a summary judgment motion or an opposition to a summary judgment motion. See id.

After receiving Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Plaintiff submitted a document titled "Plaintiff's Statement of Undisputed Material Facts" on February 7, 2007. However, in addition to being seven weeks late if intended to support a timely summary judgment motion or two weeks late if intended to support a timely

opposition to a summary judgment motion, Plaintiff's Statement of Undisputed Material Facts is wholly insufficient. Plaintiff's Statement contains 87 "facts." However, contrary to the requirements of Local Civil Rule 7(h), Plaintiff only provides citations for 25 of his "facts."

In addition, 12 of those 25 citations are either wrong or just Plaintiff's opinion. See Plaintiff's Statement of Undisputed Material Facts, ¶¶ 10, 11, 16, 25, 30, 34, 59, 64, 66, 73, 86, 87. For example, Plaintiff claims Defendants have conceded that his unauthorized clock out was expected. See Plaintiff's Statement of Undisputed Facts, ¶ 10. However, the document to which Plaintiff cites simply says that two of Plaintiff's co-workers thought he was going on break when he clocked out without permission. See Email from Tara Peralta to Courtney Willis, Richard Hetzler, & Larry Ponzi dated August 14, 2005, Bates Label RA0054, Exhibit 1 to Plaintiff's Motion for Summary Judgment. There is no concession by Defendants that Plaintiff's clock out was authorized.

Plaintiff asserts that Defendants were knowledgeable of his national origin and religion. See Plaintiff's Statement of Undisputed Facts, ¶ 34. However, to support that statement, Plaintiff simply states that, in 2004, Ramadan started around the same time that Defendants were signing up employees for lunch plans. See Plaintiff's Statement of Undisputed Facts, p. 4 n.12. The timing of signing up employees for lunch plans does not show Defendants' alleged knowledge of Plaintiff's national origin and religion. Similarly, Plaintiff contends that it "is customary to promote employees without prior application." See Plaintiff's Statement of Undisputed Facts, ¶ 66. To support that statement, Plaintiff argues that Defendants must disprove his statement by showing that all promotions were preceded by application. See Plaintiff's Statement of Undisputed Facts, p. 7 n.22. Plaintiff's unsubstantiated opinion regarding Defendants' promotion process does not satisfy the record evidence standard.

Plaintiff appears not to understand that he has the burden of proof on his claims and that he needs evidence to support his claims.

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court disregard Plaintiff's Statement of Undisputed Facts.

Dated: February 13, 2007                    Respectfully submitted,

                                                      LITTLER MENDELSON, P.C.

                                     By:  /s/ Katherine A. Goetzl
                                          Paul J. Kennedy (D.C. Bar No. 428623)
                                          Katherine A. Goetzl (D.C. Bar No. 457660)
                                          1150 17th Street N.W., Suite 900
                                          Washington, DC 20036
                                          202.842.3400 telephone
                                          202.842.0011 facsimile

                                          Counsel for Defendant Compass Group USA, Inc.
                                          and Defendant Restaurant Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2007, a copy of the foregoing Defendants' Response to Plaintiff's Statement of Undisputed Material Facts was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC 20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:82027492.1 024778.1145