**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **RAMI ELHUSSEINI**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**COMPASS GROUP USA, INC., <u>et al.</u>**<br><br>      **Defendants.** |

**Case No. 1:06-cv-00100-RBW**
**FILED VIA ECF**

<u>**CONSENT MOTION TO POSTPONE FINAL PRETRIAL CONFERENCE**</u>

Pursuant to Local Civil Rules 16.1(b) and 16.4(a), and the Order for Pretrial Conference issued by the Court on July 19, 2006, and prior to the final pretrial conference, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc., by counsel, hereby move the Court for an Order postponing the final pretrial conference until the pending Motion for Summary Judgment is decided.  The grounds for this Motion are as follows:

1.      On July 19, 2006, the Court issued a Scheduling Order setting the following dispositive motions schedule:  dispositive motions due on December 6, 2006; oppositions due on January 10, 2007; and replies due on January 19, 2007.

2.      On November 20, 2006, Defendants filed a Consent Motion to Extend Dispositive Motions Deadline by two weeks because the Court had referred the parties to mediation before Magistrate Judge Deborah A. Robinson.

3.      On November 29, 2006, the Court granted that Motion and extended the dispositive motion deadline to December 20, 2006.

4.      On November 30 and December 5, 2006, the parties participated in mediation sessions with Magistrate Judge Deborah A. Robinson.  The mediation sessions were not successful.

5.      On December 20, 2006, Defendants filed a Motion for Summary Judgment regarding all of Plaintiff's claims.  The briefing on Defendants' Motion for Summary Judgment was completed on February 2, 2007.

6.      The final pretrial conference is currently scheduled for May 10, 2007.  Therefore, the parties will be required to begin filing pre-trial motions such as motions in limine on April 20, 2007.

7.      Defendants believe it would be an inefficient use of time and resources to prepare pre-trial motions such as motions in limine and a joint pretrial statement prior to a decision on a summary judgment motion which may dispose of the entire case.

8.      As discussed above, Defendants previously requested a two-week extension of the dispositive motions deadline.  Defendants do not intend to request any further extensions.

9.      This extension will not prejudice any of the parties.

10.      Counsel for Defendants has conferred with Plaintiff pro se by electronic mail regarding this Motion.  Plaintiff pro se has consented to the relief requested in this Motion.

For the foregoing reasons, Defendants Compass Group USA, Inc. and Restaurant Associates, Inc. respectfully request that the Court grant this Consent Motion to Postpone Final Pretrial Conference.

2

Dated:  March 26, 2007                    Respectfully submitted,

LITTLER MENDELSON, P.C.

By:   /s/ Katherine A. Goetzl
      Paul J. Kennedy (D.C. Bar No. 428623)
      Katherine A. Goetzl (D.C. Bar No. 457660)
      1150 17th Street N.W., Suite 900
      Washington, DC  20036
      202.842.3400  telephone
      202.842.0011  facsimile

Counsel for Defendant Compass Group USA, Inc.
and Defendant Restaurant Associates, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on March 26, 2007, a copy of the foregoing Consent Motion to Postpone Final Pretrial Conference was served by first class mail, postage prepaid, upon the following:

> Rami Elhusseini
> 2517 Mozart Place, NW
> Apt. 103
> Washington, DC 20009
>
> Plaintiff pro se

<u>/s/ Katherine A. Goetzl</u>
Katherine A. Goetzl

Firmwide:82166924.1 024778.1145