UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMI ELHUSSEINI**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPASS GROUP USA, INC., et al.**<br><br>**Defendants.** | **Case No. 1:06-cv-00100-RBW**<br>**FILED VIA ECF** |

## ORDER

Upon consideration of the Consent Motion to Postpone Final Pretrial Conference, and the entire record, it is hereby:

ORDERED that the Consent Motion is GRANTED; and

ORDERED that the Final Pretrial Conference scheduled for June 22, 2007 is cancelled; and

ORDERED that the Final Pretrial Conference shall be postponed until the pending motion for summary judgment is decided; and

ORDERED that copies of this Order shall be mailed to all counsel of record and Plaintiff.

Dated: _____          _____
                                Reggie B. Walton
                                United States District Judge

Copies to:

Paul J. Kennedy
Katherine A. Goetzl
Littler Mendelson, P.C.
1150 17th Street N.W., Suite 900
Washington, DC  20036

Counsel for Defendant Compass Group USA, Inc.
 and Defendant Restaurant Associates, Inc.


Rami Elhusseini
2517 Mozart Place, NW
Apt. 103
Washington, DC  20009

Plaintiff pro se

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 15, 2007, a copy of the foregoing proposed Order was served by first class mail, postage prepaid, upon the following:

>Rami Elhusseini
>2517 Mozart Place, NW
>Apt. 103
>Washington, DC  20009
>
>Plaintiff pro se

>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:82469910.1 024778.1145