UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RAMI ELHUSSEINI                                )
                                               )
         Plaintiff,                            )
                                               )
     v.                                        )      Civil Action No. 06-0100 (RBW)
                                               )
COMPASS GROUP USA, INC. et al.                 )
         Defendants.                           )
_____)

ORDER

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the defendant's motion to strike is **Denied**. It is further

**ORDERED** that the defendant's motion for summary judgment as to the plaintiff's (1) discriminatory failure to promote claim is **Granted**, (2) discriminatory termination claim is **Granted**, and (3) intentional infliction of emotional distress claim is **Granted**. It is further

**ORDERED** that the pending motion mis-captioned as Plaintiff's Motion for Summary Judgment is **Denied** as moot. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge